UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN GACHAGO,<br>    Plaintiff<br><br>v.<br><br>BRISTOL MYERS SQUIBB, and<br>AMERICAN EXPRESS,<br>    Defendants | )<br>)<br>)<br>)  CIVIL ACTION NO.<br>)<br>)  05-10141-RGS<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for defendant American Express Travel Related Services Company, Inc. (improperly designated in the Complaint as American Express) in the above-captioned matter.

I will be representing the above-named defendant along with Attorney Joseph S. Sano.

                  Respectfully submitted,


                  /s/ Paige A. Scott Reed
                  Paige A. Scott Reed, BBO #637905
                  Prince, Lobel, Glovsky & Tye LLP
                  585 Commercial Street
                  Boston, MA 02109
                  (617) 456-8000

Date: January 27, 2005