AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     MASSACHUSETTS

John Gachago )
    Plaintiff )
)
v. )
)
Bristol Myers Squibb and )
American Express )
    Defendants )

**APPEARANCE**

Civil Action

Case Number: 05-10141-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOHN GACHAGO

I certify that I am admitted to practice in this court.

5/1/2005
Date

Signature

DOUG SURPRENANT     651975
Print Name     Bar Number

55 N. FRANKLIN STREET
Address

HOLBROOK     MA     02343
City     State     Zip Code

(781) 767-9300     (781) 767-9303
Phone Number     Fax Number

email DS5848@aol.com