UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN GACHAGO,<br>Plaintiff<br><br>v<br><br>BRISTOL MYERS SQUIBB, and<br>AMERICAN EXPRESS,<br>Defendants | CIVIL ACTION NO.<br><br>05-10141-RGS |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff, John Gachago, in the above captioned matter and, pursuant to F.R.Civ.P.65, respectfully moves this Honorable Court to issue a preliminary injunction enjoining Defendant, American Express, including the agents, servants, and employees and any other representative of said defendant, from continuing to report the monies in dispute, $1,219, on Mr. Gachago's credit report.

In support hereof, Plaintiff states that this action concerns Mr. Gachago's ability to refinance his home. On January 27, 2005 Mr. Gachago was told that his mortgage company would not process his request to refinance his home (*See* attached letter from Champion Mortgage and non-confidential portions of emails between client and his attorney). Then on May 3, 2005, once again inquiring about refinancing, Plaintiff was told that due to the adverse credit report and the recently increased interest rates, the refinance rate would be 8.3% (see attached non-confidential portion of email).

In addition to becoming a victim of escalating interest rates, the Plaintiff's inability to refinance his home has restricted him from accessing $35,000 in his home's equity to proceed with and to fulfill his obligation in a pending Foreign Real Estate Development Investment. This investment is extremely time sensitive (see attached letter from Agimba & Associates) and in addition to the $7,500 already invested, Mr. Gachago stands to lose $378,000 more in projected profits.

Plaintiff has asked Defendant, American Express, to voluntarily withdraw or suspend the reporting of this disputed debt pending outcome of trial, but they declined. Now we implore this Court to issue a preliminary injunction so that Mr. Gachago can proceed with his personal financial opportunities and so that his financial future is not held hostage by the small sum of monies in question that would very minimally impact the defendant

In accordance therewith, Plaintiff states that Plaintiff will be irreparably harmed if a preliminary injunction as aforesaid is not issued. Plaintiff further states that the balance of equities favors the granting of this motion, in that the temporary limitation to be imposed upon any rights of Defendant as requested herein is minimal in comparison to the potential harm to the Plaintiff should such limitation not be imposed.

Respectfully submitted Dated May 5, 2005,


John Gachago,

By his Attorney,


Doug Surprenant    BBO# 651975
Law Office of Doug Surprenant
55 N. Franklin Street
Holbrook, MA 02343
(781) 767-9300

## NOTICE OF HEARING ON MOTION

To: Paige A. Scott Reed

**Please take notice** that the undersigned will present for hearing the within Plaintiff's Motion for Preliminary Injunction before the United States District Court for the District of Massachusetts on Thursday May 5, 2005 or as soon thereafter as counsel can be heard.

Dated: May 4, 2005

_____
Doug Surprenant

## CERTIFICATE OF SERVICE

**The undersigned hereby certifies** that a true copy of the within Plaintiff's Motion for Preliminary Injunction was this day served upon all parties to this action by mailing same, first class postage prepaid, to all Attorneys of record.

SIGNED under the pains and penalties of perjury,

Dated: May 4, 2005

_____
Doug Surprenant

## NOTICE OF HEARING ON MOTION

To: Eve Slattery

**Please take notice** that the undersigned will present for hearing the within Plaintiff's Motion for Preliminary Injunction before the United States District Court for the District of Massachusetts on Thursday May 5, 2005 or as soon thereafter as counsel can be heard.

Dated: May 4, 2005

_____
Doug Surprenant

## CERTIFICATE OF SERVICE

**The undersigned hereby certifies** that a true copy of the within Plaintiff's Motion for Preliminary Injunction was this day served upon all parties to this action by mailing same, first class postage prepaid, to all Attorneys of record.

SIGNED under the pains and penalties of perjury,

Dated: May 4, 2005

_____
Doug Surprenant

FEB-02-2005 WED 03:41 PM									FAX NO.								P. 02/02



01/27/2005

To Whom It May Concern:

      This letter is in regards to Mr. Gachago's American Express business account. The account number is 017002319018307699. Due to the delinquency on this account that was not his responsibility it is effecting his credit grade on his refinance. We would appreciate any assistance on this matter to verify that this account was not his responsibility. Thank you in advance for your cooperation.

Sincerely,

Gregory J. Greco Jr.

Senior Loan Officer
Champion Mortgage
Division of Key Bank
800-242-6746 x 7645

Subj: **settleent proposal**
Date: 4/30/2005 3:39:30 PM Eastern Standard Time
From: DS5848
To: jgachago64@comcast.net

John let me know what you think - is it factually correct and tone good.

Were you turned down for refinance - the letter from Champion does not say so - it only says "it is effecting his credit grade on his refinance."

Edited Portion
Work Request

Subj: **Re: settleent proposal/ Response**
Date: 5/2/2005 12:25:01 PM Eastern Standard Time
From: jgachago84@comcast.net
To: DS5848@aol.com

Doug

Sorry I didnt respond earlier. The form and content looks good. A few notes to be made however:

1. Champion mortgage definitively told me on the phone that they could not proceed with the refinance until the Amex balance was paid.
2. *Please Ammend: I believe you meant to say if we had a HIGHER credit rating in this section* "If they had a lower credit rating, the approximate mortgage finance rate would have been fixed at 4.5%. In contrast, the Gachagos had to accept a 6.9% variable rate mortgage."

*[handwritten: Edited Portion Work Product]*

Monday, May 02, 2005 America Online: DS5848

COPY

May 2, 2005

Dwyer & Collora, LLP
Eve Slattery
600 Atlantic Avenue
Boston, MA 02210

Re: **John Gachago v. Bristol Myers Squibb et al.**

**I. Settlement Proposal**
**II. Notice of Preliminary Injunction**
**III. Notice to Amend Pleadings**

Dear Eve,

**I. Settlement Proposal:** Pursuant to F.R.Civ.P.26(f) and LR 16.1(C), we propose a settlement proposal amount of