UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN GACHAGO,<br>Plaintiff<br><br>v.<br><br>BRISTOL MYERS SQUIBB, and<br>AMERICAN EXPRESS,<br>Defendants | CIVIL ACTION NO.<br><br>05-10141-RGS |

## CERTIFICATE IN COMPLIANCE WITH LOCAL RULE 16.4

The undersigned certify that the defendant American Express Travel Related Services Company, Inc. has conferred with its attorneys with a view to establishing a budget for the costs of conducting the full course of the above-referenced matter, including various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute programs.

Respectfully submitted,

AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.
By its attorneys,

*Paige Scott Reed*
Joseph S. Sano, BBO # 545706
Paige A. Scott Reed, BBO #637905
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

*Mark Campbell* on behalf of American
Express Travel Related Services Company, Inc.

Dated: May 11, 2005