UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN GACHAGO,<br>　　　Plaintiff<br><br>v<br><br>BRISTOL MYERS SQUIBB, and<br>AMERICAN EXPRESS,<br>　　　Defendants | )<br>)<br>)　CIVIL ACTION NO.<br>)<br>)　05-10141-RGS<br>)<br>)<br>)<br>) |

**JOINT SCHEDULING STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Local Rule 16.1(D), the parties submit this joint statement in advance of the initial scheduling conference scheduled for May 18, 2005.

I.   PROPOSED SCHEDULE FOR DISCOVERY AND FILING MOTIONS

| | |
|---|---|
| Motions to Amend Pleadings Filed by | May 20, 2005 |
| Oppositions to Motions to Amend Filed by | June 3, 2005 |
| Initial Disclosures Exchanged on or Before | June 16, 2005 |
| Start of Fact Discovery | August 16, 2005 |
| Expert Disclosures Exchanged on or Before | October 14, 2005 |
| Rebuttal Expert Disclosures Exchanged on or Before | November 15, 2005 |
| Discovery Completed by | January 12, 2006 |
| Motions for Summary Judgment Filed by | February 16, 2005 |

II.   CERTIFICATIONS

The required certifications from counsel and the parties that they have conferred with respect to budgetary concerns and possible resolution through alternative dispute resolution programs such as those outlined in Local Rule 16.4 will be filed separately by the parties.