UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN GACHAGO, )
)
       Plaintiff, )
)
vs. )
)
BRISTOL-MYERS SQUIBB, )
AMERICAN EXPRESS, and )
CG SERVICES LIMITED PARTNERSHIP )
)
       Defendants )
)

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Eve Slattery, counsel for Defendant Bristol-Myers Squibb Company ("BMS"), and Robert Ciolek, authorized representative of BMS, hereby certify and affirm that they have conferred: (1) with a view toward establishing a budget for the costs of conducting the full course – and various courses—of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Eve Slattery (BBO #634776)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000

_____
Robert Ciolek
BRISTOL-MYERS SQUIBB COMPANY
345 Park Avenue
New York, NY 10154
(212) 546.3408

Dated: May 16, 2005