UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN GACHAGO,<br>Plaintiff<br><br>v.<br><br>BRISTOL MYERS SQUIBB, and<br>AMERICAN EXPRESS,<br>Defendants | CIVIL ACTION NO.<br><br>05-10141-RGS |

## AFFIDAVIT OF MARK A. CAMPBELL

I, Mark A. Campbell, depose and state the following:

1.    I am a legal affairs manager for American Express Travel Relates Services Company, Inc. ("American Express").

2.    I have reviewed documents kept by American Express concerning plaintiff John Gachago.

3.    While employed by Bristol-Myers Squibb, Mr. Gachago requested and received a corporate credit card (the "Card") from American Express.

4.    A true and accurate copy of the Corporate Cardmember Agreement governing Mr. Gachago's account is attached at Tab A.

5.    Mr. Gachago used the Card to purchase goods and services.  True and accurate copies of Mr. Gachago's monthly statements for 2004 are attached at Tab B.

6.    Mr. Gachago agreed to be personally liable for all amounts that he charged to the Card.  *See* Cardmember Agreement attached at Tab A.

7.     Each month, Mr. Gachago received monthly statements at his personal residence, listing recent transactions and a total amount due. American Express has no record of Mr. Gachago ever questioning the accuracy of its records.

8.     In May 2004, Mr. Gachago ceased to be employed by Bristol-Myers Squibb and his corporate card account with American Express was closed.

9.     As of May, 2004, an outstanding balance of $1083.50 was due on Mr. Gachago's corporate credit card account with American Express. To date, American Express has not received payment for that amount.

10.     With delinquency charges, the unpaid balance on Mr. Gachago's account is now $1219.

11.     American Express has routinely reported to credit bureaus the fact that Mr. Gachago's corporate credit card account has an unpaid balance of $1219.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 18 DAY OF MAY, 2005.

Mark A. Campbell

# TAB A

# Corporate   Cardmember

## Agreement  2002



# Agreement Between Corporate Cardmember and

# American Express Travel Related Services Company, Inc.

Welcome to American Express® Corporate Cardmembership

Read this Agreement thoroughly before you sign or use the enclosed American Express® Corporate Card. By signing, using or accepting the Corporate Card, you will be agreeing with us to everything written here. Your use of the Corporate Card will be governed by this Agreement. If you do not wish to be bound by this Agreement, cut the Corporate Card in half and return the pieces to us. If you do sign the Corporate Card, you should not use it before the valid date or after the expiration date printed on the face of the Corporate Card.

### 1. Definitions
As you read this Agreement, remember that the words "you," "your," or "Corporate Cardmember" mean the person named on the enclosed Corporate Card. The words "American Express," "we," "our," and "us" refer to American Express Travel Related Services Company, Inc. The word "Company" means the entity in whose name the Corporate Card account is opened and whose name appears, in most instances, on the Corporate Card under your name. A "Card" issued to a Corporate Cardmember is called a Corporate Card.

### 2. Use of Corporate Card
You agree to use the Corporate Card solely for commercial business purposes in accordance with Company policy. No other person is permitted to use this Corporate Card for Charges, identification, or for any other reasons. If you voluntarily relinquish physical possession of the Corporate Card to another person, you will be liable for all Charges incurred by that person to the extent allowable by applicable law. Spending limits may be placed on your Corporate Card, either at the request of your Company or at the discretion of American Express. Should your Corporate Card account be subject to spending limits, you will be notified in writing. You agree that you will not resell or return for a cash refund any goods, tickets, or services obtained with the Corporate Card. Obviously, you may return any item or ticket to an establishment honoring the Corporate Card for credit to your account, if that establishment permits such returns. We reserve the right to deny authorization for any Charge.

### 3. Charges
All amounts charged to your account, including, without limitation, purchases, cash advances, travelers cheque installments, any annual Corporate Card fee and other fees will be called "Charges" in this Agreement. Charges also include any purchases in which you have evidenced an intent to incur a charge, regardless of whether you have signed a charge form.

### 4. Charges Made in Foreign Currencies
If you incur a Charge in a foreign currency, it will be converted into United States dollars on the date it is processed by us or our agents at a rate set by us based on an interbank, tourist or (where required by law) official rate, increased in each instance up to 2%. This rate may differ from rates in effect on the date of your Charges. Amounts converted by common carriers, such as airlines, will be billed at rates the carriers use.

### 5. Liability
You as the Corporate Cardmember are responsible for all Charges billed to your account. All business Charges are to be reported to the Company for expense report processing in accordance with Company policy. All business Charges billed to the Corporate Card which are reimbursable by the Company will be paid by you or paid directly by the Company under the Company's expense procedures applicable to you. You, as the Corporate Cardmember, are accountable for any reimbursements and agree to remit such funds to us promptly. This Agreement has no effect on such procedures or your right to

reimbursement or payment by the Company. To the extent that you, as the Corporate Cardmember, fail to honor any of the obligations under this Agreement, we reserve the right to collect the amount of such Charges directly from you.

### 6. Payments
Payment for all Charges is due immediately upon receipt of the billing statement we mail to you. You must notify us immediately of any change in your billing address. You must pay us in U.S. currency, with a draft or a check drawn on a U.S. bank and payable in U.S. dollars, or with a negotiable instrument payable in U.S. dollars and clearable through the U.S. banking system. If we decide to accept payment made in some other form, your payment will not be credited until it is converted into one of the forms described above. We may charge you any costs we incur in converting your payment. If any payment made on your account is not honored for its full amount, we may charge your account $25 to cover collection costs on that payment, unless otherwise provided by the law of your jurisdiction.

We may accept late payments, partial payments, or any payments marked as being payment in full or as being settlement of any dispute without losing any of our rights under this Agreement or under the law. If we accept such payments, this does not mean we agree to change this Agreement in any way.

You agree to pay all court costs plus attorneys' fees of 15% of the then unpaid balance if we must refer your account to an attorney who is not our employee. You will pay a smaller amount if a court of competent jurisdiction considers a smaller amount appropriate or if applicable state law provides for a smaller amount.

### 7. Late Fees
We will send you a billing statement at the end of each billing period (intervals of approximately one month). Each billing statement will identify a "Closing Date" which is the cutoff date we determine for including Charges and payments for that billing period. If Charges on a billing statement remain unpaid, we may assess a late fee. The amount of the late fee depends on the length of time your account has remained unpaid and the address to which your bill is sent. Late fees will accrue as follows, unless prohibited by applicable state law:

A. If any amount totaling more than $35.00 is unpaid for two billing periods, then the late fee will be the greater of $29 or 2.75% of all amounts unpaid for at least one billing period; and

B. If any amount totaling more than $35.00 is unpaid for three or more billing periods, then there will be an additional late fee of the greater of $29 or 2.75% of all amounts unpaid for at least one billing period.

For the purpose of calculating late fees, we will disregard amounts owed for any annual Corporate Card fee or amounts to be repaid to us for insurance premiums. Late fees will not exceed the maximum allowed by law.

### 8. Problem with Goods and Services
If you have any questions, problems or disputes concerning the monthly statement, you should contact us immediately and we will take all reasonable and appropriate steps to provide the information you request or to resolve your dispute. However, unless required by law, we are not responsible for any problems you have with any goods or services you charge on the Corporate Card, and, if you have a dispute with an establishment honoring the Corporate Card, payment must be made and the dispute settled directly with the establishment. We will not be responsible if any establishment refuses to honor the Corporate Card or for any other problems you may have with such establishment.

**TAB B**

**DUPLICATE COPY**

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date |
|---|---|---|
| JOHN W GACHAGO | 3794-781209-61009 | 01/30/04 |
| BRISTOL-MYERS SQUIBB | | |

Page 1 of 3

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 02/15/04 |
|---|---|---|---|---|---|---|
| 947.67 | 800.88 | 27.71 | 0.00 | 20.99 | 1,755.27 | For important information regarding your account refer to page 2. |

Your account is 60 days past due.  Submit all outstanding expenses to avoid possible cancellation.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Activity   Date reflects either transaction or posting date

**Card Number 3794-781209-61009**

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 12/31/03 | MUTUAL                BRAINTREE<br>000002665  SALES/SERVICES/REPAIR<br>SALES/SERVICES/REPAIR | MA<br>12/30/03 | 00000002665 | 22.70 |
| 01/06/04 | EXXONMOBIL3407909427ROCKLAND<br>PAY AT PUMP3407909427<br>PAY AT PUMP3407909427<br>ROC NUMBER   07U3504 | MA<br>01/05/04 | | 23.86 |
| 01/07/04 | EXXONMOBIL5907783871EAST TAU<br>IN-STORE   5907783871<br>IN-STORE   5907783871<br>ROC NUMBER   WY81653 | MA<br>01/06/04 | | 1.67 |
| 01/08/04 | H & M STATIONS CORP HOLBROOK<br>000985900 SERVICE STATION<br>SERVICE STATION<br>ROC NUMBER    529945 | MA<br>01/07/04 | 00000985900 | 22.75 |
| 01/10/04 | H & M STATIONS CORP HOLBROOK<br>000881297 SERVICE STATION<br>SERVICE STATION<br>ROC NUMBER    588198 | MA<br>01/09/04 | 00000881297 | 22.15 |
| 01/12/04 | SUNOCO    0663548601RANDOLPH<br>SUNOCO    0010709    001209019<br>0010709    001209019<br>ROC NUMBER FUEL/MISC | MA<br>01/11/04 | | 9.00 |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

## Payment Coupon

| | Account Number | Please Pay By |
|---|---|---|
| | 3794-781209-61009 | 02/15/04 |

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

JOHN  W GACHAGO
BRISTOL-MYERS SQUIBB
21 LINDEN PARK DR
RANDOLPH        MA   02368-4703

**Total Amount Due**
**$1,755.27**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

Mail Payment to:
AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

0000379478120961009 0001755270000800088 30HH

**DUPLICATE COPY**

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 2 of 3

**Payments:** Your American Express® Corporate Card monthly statement is payable in full upon receipt. Mail the Payment Coupon portion of this form with your check drawn on a bank located in the U.S., or money order, payable in U.S. Dollars, in the enclosed envelope or mail to American Express, PO Box 360001 Fort Lauderdale, FL 33336-0001. Do not send cash. Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or location, there may be a delay in processing. Please include your account number on your payment. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number, and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. If you currently send in an individual payment for business or personal expenses on the Corporate Card, please note that you are eligible to pay your bill online at **www.americanexpress.com/checkyourbill**.
AUTHORIZATION FOR ELECTRONIC PAYMENTS: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request.
**Billing Inquiries:** For all billing inquiries concerning your Corporate Card Account, please call 1-800-528-2122 immediately upon receipt of the statement. Please provide your name, account number, the dollar amount, and reason of the suspected error. You are not required to pay any disputed amount (or related finance or other charges) pending the resolution of the billing error inquiry. However, payment is still required for undisputed charges, which are billed to you. Requests for refunds of credit balances (designated "CR") should be made by calling us at 1-800-528-2122. Billing disputes can also be initiated online through Manage Your Card Account at **www.americanexpress.com/checkyourbill**.
**Lost or Stolen Card:** If the card is lost or stolen, in the U.S. immediately telephone 1-800-528-2122. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**In Case of Errors or Questions About Your Electronic Transfers for Your Personal Bank Account:** Please contact us by calling 1-800-IPAY-AXP for Pay By Phone or Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
**When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error during the time it takes us to complete our investigation.
**Global Assist® Hotline:** Corporate Cardmembers who travel can get emergency medical and legal referrals 24 hours a day, virtually anywhere in the world. Just call 1-800-554-AMEX in the U.S. or if you're overseas, call collect at 1-715-343-7977. We will supply you with names and telephone numbers of local healthcare providers, give you information about inoculation, visas, and U.S. consulates and even advance you up to $5,000 for hospital admission or bail. (Advances made will be charged to your Corporate Card Account). For more information about other services available through Global Assist® Hotline, call 1-800-554-AMEX.

**Business Travel Accident Insurance Plan[1] and American Express® Card Baggage Insurance Plan[2]:** Cardmembership includes up to $350,000 Accidental Death and Dismemberment insurance every time you travel on business and charge your common carrier tickets (air, land, or sea) to your Corporate Card Account. Non-business travel is covered for up to $100,000. Baggage insurance pays in excess of the carrier's liability for up to $500 for check baggage and $1,250 for carry-on.
**Corporate Express Cash Inquiries:** For all financial inquiries about Corporate Express Cash automated teller machine transactions, contact American Express, Express Cash Operations, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815 or call 1-800-CASH-NOW. To obtain the location of the nearest participating ATM, please dial toll free 1-800-CASH-NOW. Corporate Express Cash participants who have changed their bank account must contact 1-800-CASH-NOW to obtain proper updating forms. Do not use Corporate Express Cash until the bank account has been confirmed.
**Note:** Your Corporation, firm, or organization may have its own policy or customized program, which takes precedence over any provision stated above.
1 Business Travel Accident Insurance Plan is underwritten by Federal Insurance Company, a member of the Chubb Group of Insurance Companies, Warren, NJ and subject to the terms, conditions, and exclusions of Policy 6477-82-04.
2 American Express Card Baggage Insurance Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI and subject to the terms, conditions and exclusions of Policy AX0400.



Manage your card account online at www.americanexpress.com/checkyourbill

**To Pay by Phone**
1-800-472-9297

Customer Service and Billing Inquiries
1-800-528-2122
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-528-2122

International Collect:
1-336-393-1111

Hearing Impaired Services:
TTY: 1-800-221-9950
FAX: 1-800-695-9090

Global Assist
1-800-554-AMEX
International Collect:
1-715-343-7977



**Correspondence**

Customer Service and Billing Inquiries
P.O. Box 297812
Ft. Lauderdale, FL
33329-7812

Express Cash Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
P.O. BOX 1270
NEWARK NJ
07101-1270

Change of Address
If correct on front
do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

**DUPLICATE COPY**

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Closing Date
01/30/04

Page 3 of 3

## Activity Continued

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 01/13/04 | EXXONMOBIL3401474220HARWICH<br>PAY AT PUMP3401474220<br>PAY AT PUMP3401474220<br>ROC NUMBER    PPB7134 | MA<br>01/12/04 | | 12.02 |
| 01/14/04 | EXXONMOBIL2609670530NEW BEDF<br>PAY AT PUMP2609670530<br>PAY AT PUMP2609670530<br>ROC NUMBER    MN52311 | MA<br>01/13/04 | | 27.89 |
| 01/01/04 | COMCAST CABLE COMM    888-633-4266<br>379478120 CABLE SVS<br>CABLE SVS<br>ROC NUMBER 0009556215 | MA<br>12/31/03 | 00379478120 | 80.68 |
| 01/08/04 | PROVIDENCE BILTMORE 4014210700<br>36730018  LODGING<br>LODGING | RI<br>01/07/04 | 00036730018 | 10.00 |
| 01/12/04 | THE CHARLES HOTEL F/CAMBRIDGE<br>001222402 FOOD/BEV<br>FOOD/BEV | MA<br>01/10/04 | 00001222402 | 55.63 |
| 01/08/04 | D'ANGELOS #5050 Q18 FALMOUTH<br>98530201  FOOD-BEV<br>FOOD-BEV | MA<br>01/07/04<br>$84.97 | 00098530201 | 84.97 |
| 01/08/04 | PANERA BREAD #3860  SMITHFIELD<br>000474496 RESTAURANT<br>RESTAURANT<br>ROC NUMBER     574593 | MA<br>01/07/04 | 00000474496 | 14.36 |
| 01/11/04 | PANERA BREAD #3860  SMITHFIELD<br>000552058 RESTAURANT<br>RESTAURANT<br>ROC NUMBER     539793 | MA<br>01/10/04 | 00000552058 | 24.14 |
| 01/18/04 | TOGO'S EATERY/BASKINRANDOLPH<br>0000-0118 MISCELLANEOUS FOOD STOR<br>MISCELLANEOUS FOOD STOR | MA<br>01/12/04 | | 58.02 |
| 01/14/04 | NOT YOUR AVERAGE JOEDARTMOUTH<br>72044502    5812/01 | MA<br>01/13/04 | 00072044502 | 75.66 |
| 01/27/04 | LAURINO'S              BREWSTER<br>0000-0127 01/FOOD AND BEVERAGE<br>FOOD/BEV<br>WAITER | MA<br>01/26/04<br>$185.25<br>$5.00 | | 190.25 |
| 12/31/03 | OFFICEMAX, INC. 0135BRAINTREE<br>013500100 OFFICE SUPPLIES  02184<br>OFFICE SUPPLIES  02184 | MA<br>12/30/03<br>TAX    $1.15 | 00013500100 | 24.14 |
| 01/07/04 | OFFICEMAX, INC. 0124NORTH DARTMOUTH<br>0124929   OFFICE SUPPLIES  02747<br>OFFICE SUPPLIES  02747 | MA<br>01/06/04<br>TAX    $1.00 | 00001249290 | 21.99 |
| 01/10/04 | OFFICEMAX, INC. 0124NORTH DARTMOUTH<br>0124931   OFFICE SUPPLIES  02747<br>OFFICE SUPPLIES  02747 | MA<br>01/09/04<br>TAX    $1.00 | 00001249310 | 20.99<br>Credit |
| 01/13/04 | CHARLES SQUARE GARAGCAMBRIDGE<br>059289621 OTHER PARKING<br>OTHER PARKING | MA<br>01/12/04 | 00059289621 | 19.00 |
| 01/30/04 | DELINQUENCY CHARGE ON        926.68 | | | 27.71 |

| **Total for JOHN W GACHAGO** | New Charges/Other Debits<br>Payments/Other Credits | 828.59<br>-20.99 |
|---|---|---|

**DUPLICATE COPY**

## Corporate Card
## Statement of Account

Sign-up For Online Statements

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN W GACHAGO | 3794-781209-61009 | 02/29/04 | Page 1 of 4 |
| BRISTOL-MYERS SQUIBB | | | |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Please Pay By Due $ | |
|---|---|---|---|---|---|---|
| 1,755.27 | 451.68 | 0.00 | 1,162.24 | 0.00 | 1,044.71 | For important information regarding your account refer to page 2. |

Your account is 30 days past due.  Please submit all outstanding expenses to avoid possible suspension.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Activity   Date reflects either transaction or posting date

### Card Number 3794-781209-61009

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 02/13/04 | PROCEEDS OF EXPENSE VOUCHER | 02/13 | 06066000000 | -1,162.24 |
| | EXPENSE REPORT # TEA100197857 | | | |
| 02/17/04 | EXXONMOBIL7504216404STOUGHTO | MA | | 25.01 |
| | PAY AT PUMP7504216404 | 02/16/04 | | |
| | PAY AT PUMP7504216404 | | | |
| | ROC NUMBER    QH35083 | | | |
| 02/18/04 | 86 MAZZEO DRIVE RT 1RANDOLPH | MA | | 25.28 |
| | SHELL OIL 27540382705049383040745 | 02/17/04 | | |
| | 27540382705049383040745 | | | |
| | ROC NUMBER 01080191SL | | | |
| 02/23/04 | SUNOCO  0663548601RANDOLPH | MA | | 25.42 |
| | SUNOCO  0019543  005431455 | 02/22/04 | | |
| | 0019543   005431455 | | | |
| | ROC NUMBER FUEL/MISC | | | |
| 02/24/04 | 1808 WASHINGTON STREHANOVER | MA | | 29.00 |
| | SHELL OIL 11105220179055205001591 | 02/23/04 | | |
| | 11105220179055205001591 | | | |
| | ROC NUMBER 0109637MIS | | | |
| 02/24/04 | 86 MAZZEO DRIVE RT 1RANDOLPH | MA | | 8.00 |
| | SHELL OIL 27540382705055377053321 | 02/23/04 | | |
| | 27540382705055377053321 | | | |
| | ROC NUMBER 0117960MIS | | | |
| 02/25/04 | CUMBERLAND FARMS 213DARTMOUTH | MA | 00000524944 | 12.49 |
| | SERVICE STA405612180203 | 02/24/04 | | |
| | SERVICE STA405612180203 | | | |
| | ROC NUMBER    593971 | | | |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

### Payment Coupon

| | Account Number | Please Pay By | |
|---|---|---|---|
| | 3794-781209-61009 | 03/16/04 | Payable upon receipt in U.S. Dollars. |

Please enter account number on all checks and correspondence.

JOHN W GACHAGO
BRISTOL-MYERS SQUIBB
21 LINDEN PARK DR
RANDOLPH      MA  02368-4703

**Total Amount Due**
**$1,044.71**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000379478120961009 00010447100004516B 29HH

**DUPLICATE COPY**

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 2 of 4

**Payments:** Your American Express® Corporate Card monthly statement is payable in full upon receipt. Mail the Payment Coupon portion of this form with your check drawn on a bank located in the U.S., or money order, payable in U.S. Dollars, in the enclosed envelope or mail to American Express, PO Box 360001 Fort Lauderdale, FL 33336-0001. Do not send cash. Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or location, there may be a delay in processing. Please include your account number on your payment. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number, and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. If you currently send in an individual payment for business or personal expenses on the Corporate Card, please note that you are eligible to pay your bill online at **www.americanexpress.com/checkyourbill**.
AUTHORIZATION FOR ELECTRONIC PAYMENTS: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request.
**Billing Inquiries:** For all billing inquiries concerning your Corporate Card Account, please call 1-800-528-2122 immediately upon receipt of the statement. Please provide your name, account number, the dollar amount, and reason of the suspected error. You are not required to pay any disputed amount (or related finance or other charges) pending the resolution of the billing error inquiry. However, payment is still required for undisputed charges, which are billed to you. Requests for refunds of credit balances (designated "CR") should be made by calling us at 1-800-528-2122. Billing disputes can also be initiated online through Manage Your Card Account at **www.americanexpress.com/checkyourbill**.
**Lost or Stolen Card:** If the card is lost or stolen, in the U.S. immediately telephone 1-800-528-2122. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**In Case of Errors or Questions About Your Electronic Transfers for Your Personal Bank Account:** Please contact us by calling 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
**When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error during the time it takes us to complete our investigation.
**Global Assist® Hotline:** Corporate Cardmembers who travel can get emergency medical and legal referrals 24 hours a day, virtually anywhere in the world. Just call 1-800-554-AMEX in the U.S. or if you're overseas, call collect at 1-715-343-7977. We will supply you with names and telephone numbers of local healthcare providers, give you information about inoculation, visas, and U.S. consulates and even advance you up to $5,000 for hospital admission or bail. (Advances made will be charged to your Corporate Card Account). For more information about other services available through Global Assist® Hotline, call 1-800-554-AMEX.

**Business Travel Accident Insurance Plan[1] and American Express® Card Baggage Insurance Plan[2]:**
Cardmembership includes up to $350,000 Accidental Death and Dismemberment insurance every time you travel on business and charge your common carrier tickets (air, land, or sea) to your Corporate Card Account. Non-business travel is covered for up to $100,000. Baggage insurance pays in excess of the carrier's liability up to $500 for check baggage and $1,250 for carry-on.
**Corporate Express Cash Inquiries:** For all financial inquiries about Corporate Express Cash automated teller machine transactions, contact American Express, Express Cash Operations, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815 or call 1-800-CASH-NOW. To obtain the location of the nearest participating ATM, please dial toll free 1-800-CASH-NOW. Corporate Express Cash participants who have changed their bank account must contact 1-800-CASH-NOW to obtain proper updating forms. Do not use Corporate Express Cash until the bank account has been confirmed.
Note: Your Corporation, firm, or organization may have its own policy or customized program, which takes precedence over any provision stated above.
1 Business Travel Accident Insurance Plan is underwritten by Federal Insurance Company, a member of the Chubb Group of Insurance Companies, Warren, NJ and subject to the terms, conditions, and exclusions of Policy 6477-82-04.
2 American Express Card Baggage Insurance Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI and subject to the terms, conditions and exclusions of Policy AX0400.



Manage your card account online at www.americanexpress.com/checkyourbill



To Pay by Phone
1-800-472-9297

Customer Service and Billing Inquiries
1-800-528-2122
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-528-2122

International Collect:
1-336-393-1111

Hearing Impared Services:
TTY: 1-800-221-9950
FAX: 1-800-695-9090

Global Assist
1-800-554-AMEX
International Collect:
1-715-343-7977



Correspondence

Customer Service and Billing Inquiries
P.O. Box 297812
Ft. Lauderdale, FL
33329-7812

Express Cash Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
P.O. BOX 1270
NEWARK NJ
07101-1270



Change of Address
If correct on front
do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

Providing your email address to American Express will enable you to receive special offers, suited to your needs.

DUPLICATE COPY

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Closing Date
02/29/04

Page 3 of 4

## Activity Continued

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 02/28/04 | H & M STATIONS CORP HOLBROOK<br>SERVICE STATIONS<br>SERVICE STATIONS<br>ROC NUMBER    553924 | MA<br>02/27/04 | 00000369619 | 24.00 |
| 02/23/04 | AT&T CARD CALLS/SDN - 02/23/04<br>TELECOMMUNICATION SERVICE - DETAIL ENCL | | 00000030291 | 0.47 |
| 02/18/04 | THE CANDLEWORKS    NEW BEDFORD<br>42581710   FOOD/BEVERAGE | MA<br>02/17/04 | 00042581710 | 108.82 |
| 02/18/04 | DAVE & BUSTER'S #23 PROVIDENCE<br>004988212 FOOD/BEV<br>  FOOD/BEV      $49.13<br>  TIP          $10.00 | RI<br>02/17/04 | 00004988212 | 59.13 |
| 02/25/04 | MA RAFFA'S ITALIAN   NEW BEDFORD<br>402241228 FOOD-BEV<br>  FOOD-BEV      $44.07<br>  TIP | MA<br>02/24/04 | 00402241228 | 44.07 |
| 02/25/04 | NEW YORK BAGEL CO #2N DARTMOUTH<br>317446 BAGELS,<br>  BAGELS,<br>  ROC NUMBER 0000000009 | MA<br>02/24/04 | 00000317446 | 2.94 |
| 02/28/04 | DUNKIN DONUT#331186 BRIDGEWATER<br>53131202   FAST FOOD RESTAURANT<br>  FAST FOOD RESTAURANT | MA<br>02/26/04 | 00053131202 | 2.66 |
| 02/29/04 | TOGO'S EATERY/BASKINRANDOLPH<br>0000-0229 MISCELLANEOUS FOOD STOR<br>  MISCELLANEOUS FOOD STOR | MA<br>02/27/04 | | 11.65 |
| 02/17/04 | STAPLES         AVON<br>000504274 OFFICE SUPPLIES<br>  OFFICE SUPPLIES | MA<br>02/16/04 | 00000504274 | 25.17 |
| 02/18/04 | STAPLES         AVON<br>000109502 OFFICE SUPPLIES<br>  OFFICE SUPPLIES | MA<br>02/17/04 | 00000109502 | 21.51 |
| 02/25/04 | MARX ENTERPRISES INC5089970745<br>00000001   AUTO SERVICES | MA<br>02/24/04 | 00000000001 | 24.86 |
| 02/26/04 | USPS 4371430540      FALMOUTH<br>371430540 POSTAL SERVICES<br>  POSTAL SERVICES | MA<br>02/25/04 | 00371430540 | 1.20 |

| **Total for JOHN W GACHAGO** | | New Charges/Other Debits<br>Payments/Other Credits | 451.68<br>-1,162.24 |
|---|---|---|---|

## Telecommunications Invoice



**ATT**

**CARD CALLS/SDN**

AT&T THE RIGHT CHOICE LOOK AND LISTEN FOR "AT&T".
IF YOU DON'T HEAR "AT&T" HANG UP AND DIAL
10+ATT+0+AREACODE+NUMBER.

Charges received through
February 23, 2004
Account Number
3794-781209-61009
Telecom Reference Number
2296957525

**TOTAL AT&T   $0.47**

### FEES, TAXES, AND CREDITS

| Date | Time | Description | Amount $ |
|---|---|---|---|
| FEB23 | 12:00 | TOTAL DOMESTIC DISCOUNT | -0.34 |
| FEB23 | 12:00 | FEDERAL EXCISE TAX | 0.01 |

**SUBTOTAL FEES, TAXES, AND CREDITS: -0.33**

Continued on reverse

**DUPLICATE COPY**

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 4 of 4

## Telecommunications Detail Continued

DOMESTIC CALLS:

| Date | Time | Called From/Called To | | | | | Rate* | Mins | Amount $ |
|------|------|------|------|------|------|------|------|------|------|
| JAN13 | 08:44 | RANDOLPH | MA | 781-961-9963 | PRINCETON | NJ | 609-419-6000 | D | 2 | 0.80 |

SUBTOTAL ITEMIZED CALLS: 0.80

* W=WKEND  D=DAY  E=EVE  N=NITE  U=NO RATE  P=PEAK  O=OFFPK   INTL:  D=DISC  E=ECON  S=STD

LONG DISTANCE TELEPHONE SERVICE PROVIDED BY AT&T
AT&T'S CUSTOMER SERVICE NUMBER IS 1-800-253-8845

DUPLICATE COPY

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN W GACHAGO<br>BRISTOL-MYERS SQUIBB | 3794-781209-61009 | 03/30/04 | Page 1 of 5 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Please Pay By Due $ 04/15/04 |
|---|---|---|---|---|---|
| 1,044.71 | 1,827.77 | 0.00 | 628.12 | 0.00 | 2,244.36 For important information regarding your account refer to page 2. |

Your account is 30 days past due. Please submit all outstanding expenses to avoid possible suspension.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Activity    Date reflects either transaction or posting date

### Card Number 3794-781209-61009

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 03/16/04 | PROCEEDS OF EXPENSE VOUCHER<br>EXPENSE REPORT # TEA100221029 | 03/16 | 06006000000 | -628.12 |
| 03/01/04 | EXXONMOBIL3401243310WYOMING<br>    PAY AT PUMP3401243310<br>    ROC NUMBER   UB92785 | RI<br>02/29/04 | | 26.44 |
| 03/03/04 | EXXONMOBIL3401343243HYANNIS<br>    PAY AT PUMP3401343243<br>    ROC NUMBER   M9U4222 | MA<br>03/02/04 | | 31.00 |
| 03/05/04 | SUNOCO   0012137608HANOVER<br>SUNOCO   0048718  006536916<br>0048718   006536916<br>    ROC NUMBER FUEL/MISC | MA<br>03/04/04 | | 29.37 |
| 03/10/04 | GETTY 30344001   RANDOLPH<br>GETTY   GAS/MISC  069001000005<br>    GAS/MISC  069001000005 | MA<br>03/09/04 | | 25.03 |
| 03/12/04 | GETTY 30344001   RANDOLPH<br>GETTY   GAS/MISC  071001000010<br>    GAS/MISC  071001000010 | MA<br>03/11/04 | | 24.50 |
| 03/16/04 | EXXONMOBIL5903410420BRAINTRE<br>    PAY AT PUMP5903410420<br>    ROC NUMBER   SZ29176 | MA<br>03/15/04 | | 25.90 |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

## Payment Coupon

| | Account Number | Please Pay By |
|---|---|---|
| | 3794-781209-61009 | 04/15/04 |

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

JOHN W GACHAGO
BRISTOL-MYERS SQUIBB
21 LINDEN PARK DR
RANDOLPH      MA  02368-4703

**Total Amount Due**
**$2,244.36**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:    AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000379478120961009 0002244360001827 77 30HH

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 2 of 5

**Payments:** Your American Express® Corporate Card monthly statement is payable in full upon receipt. Mail the Payment Coupon portion of this form with your check drawn on a bank located in the U.S., or money order, payable in U.S. Dollars, in the enclosed envelope or mail to American Express, PO Box 360001 Fort Lauderdale, FL 33336-0001. Do not send cash. Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or location, there may be a delay in processing. Please include your account number on your payment. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number, and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. If you currently send in an individual payment for business or personal expenses on the Corporate Card, please note that you are eligible to pay your bill online at **www.americanexpress.com/checkyourbill**.
AUTHORIZATION FOR ELECTRONIC PAYMENTS: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request.
**Billing Inquiries:** For all billing inquiries concerning your Corporate Card Account, please call 1-800-528-2122 immediately upon receipt of the statement. Please provide your name, account number, the dollar amount, and reason of the suspected error. You are not required to pay any disputed amount (or related finance or other charges) pending the resolution of the billing error inquiry. However, payment is still required for undisputed charges, which are billed to you. Requests for refunds of credit balances (designated "CR") should be made by calling us at 1-800-528-2122. Billing disputes can also be initiated online through Manage Your Card Account at **www.americanexpress.com/checkyourbill**.
**Lost or Stolen Card:** If the card is lost or stolen, in the U.S. immediately telephone 1-800-528-2122. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**In Case of Errors or Questions About Your Electronic Transfers for Your Personal Bank Account:** Please contact us by calling 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
**When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error during the time it takes us to complete our investigation.
**Global Assist® Hotline:** Corporate Cardmembers who travel can get emergency medical and legal referrals 24 hours a day, virtually anywhere in the world. Just call 1-800-554-AMEX in the U.S. or if you're overseas, call collect at 1-715-343-7977. We will supply you with names and telephone numbers of local healthcare providers, give you information about inoculation, visas, and U.S. consulates and even advance you up to $5,000 for hospital admission or bail. (Advances made will be charged to your Corporate Card Account). For more information about other services available through Global Assist® Hotline, call 1-800-554-AMEX.

**Business Travel Accident Insurance Plan[1] and American Express® Card Baggage Insurance Plan[2]:**
Cardmembership includes up to $350,000 Accidental Death and Dismemberment insurance every time you travel on business and charge your common carrier tickets (air, land, or sea) to your Corporate Card Account. Non-business travel is covered for up to $100,000. Baggage insurance pays in excess of the carrier's liability up to $500 for check baggage and $1,250 for carry-on.
**Corporate Express Cash Inquiries:** For all financial inquiries about Corporate Express Cash automated teller machine transactions, contact American Express, Express Cash Operations, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815 or call 1-800-CASH-NOW. To obtain the location of the nearest participating ATM, please dial toll free 1-800-CASH-NOW. Corporate Express Cash participants who have changed their bank account must contact 1-800-CASH-NOW to obtain proper updating forms. Do not use Corporate Express Cash until the bank account has been confirmed.
**Note:** Your Corporation, firm, or organization may have its own policy or customized program, which takes precedence over any provision stated above.
1 Business Travel Accident Insurance Plan is underwritten by Federal Insurance Company, a member of the Chubb Group of Insurance Companies, Warren, NJ and subject to the terms, conditions, and exclusions of Policy 6477-82-04.
2 American Express Card Baggage Insurance Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI and subject to the terms, conditions and exclusions of Policy AX0400.



Manage your card account online at www.americanexpress.com/checkyourbill

To Pay by Phone
1-800-472-9297

Customer Service and Billing Inquiries
1-800-528-2122
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-528-2122

International Collect:
1-336-393-1111

Hearing Impared Services:
TTY:  1-800-221-9950
FAX:  1-800-695-9090

Global Assist
1-800-554-AMEX
International Collect:
1-715-343-7977



Correspondence

Customer Service and Billing Inquiries
P.O. Box 297812
Ft. Lauderdale, FL 33329-7812

Express Cash Operations
P.O. Box 297815
Ft. Lauderdale, FL 33329-7815

Payments
P.O. BOX 1270
NEWARK NJ 07101-1270

Change of Address
If correct on front
do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

**DUPLICATE COPY**

<table>
<tr><td>Prepared For<br>JOHN W GACHAGO<br>BRISTOL-MYERS SQUIBB</td><td>Account Number<br>3794-781209-61009</td><td>Closing Date<br>03/30/04</td><td>Page 3 of 5</td></tr>
</table>

## Activity Continued

| Date | Description | | Reference Code | Amount $ |
|---|---|---|---|---|
| 03/20/04 | SUNOCO    OO12365O4NORWELL         MA<br>SUNOCO    OO47167    OO8O36389  03/19/04<br>    OO47167      OO8O36389<br>    ROC NUMBER FUEL/MISC | | | 30.00 |
| 03/23/04 | 1525 SMITH ST      N PROVIDENCE     RI<br>SHELL OIL 23861OOO463O83276O33558 03/22/04<br>    23861OOO463O83276O33558<br>    ROC NUMBER OO2O8911SL | | | 12.36 |
| 03/24/04 | SUNOCO    OOO6111914NEW BEDFORD     MA<br>SUNOCO    OOO3359    OO8436636  03/24/04<br>    OOO3359      OO8436636<br>    ROC NUMBER FUEL/MISC | | | 27.76 |
| 03/26/04 | 86 MAZZEO DRIVE RT 1RANDOLPH       MA<br>SHELL OIL 27540382705O86395OO4251 03/25/04<br>    27540382705O86395OO4251<br>    ROC NUMBER O16919311SL | | | 28.85 |
| 03/27/04 | CUMBERLAND FARMS 209N DARTMOUTH     MA<br>    SERVICE STA408711180178 03/26/04<br>    SERVICE STA408711180178<br>    ROC NUMBER    547064 | | 0000872415 | 11.78 |
| 03/29/04 | MUTUAL              BRAINTREE       MA<br>OOO000852 SALES/SERVICES/REPAIR  03/28/04<br>    SALES/SERVICES/REPAIR | | 0000000852 | 25.10 |
| 03/23/04 | AT&T CARD CALLS/SDN - 03/23/04<br>TELECOMMUNICATION SERVICE - DETAIL ENCL | | 0000030391 | 2.11 |
| 03/02/04 | COMCAST CABLE COMM   888-633-4266    MA<br>379478120 CABLE SVS            03/01/04<br>    CABLE SVS<br>    ROC NUMBER OO34922155 | | 00379478120 | 45.99 |
| 03/03/04 | CINGWS*654628081BOS WICHITA FAL     TX<br>24506200    TELEPHONE SERVICE/EQUIP 03/01/04 | | 00024506200 | 208.02 |
| 03/03/04 | CINGWS*654628081BOS WICHITA FAL     TX<br>24507250    TELEPHONE SERVICE/EQUIP 03/01/04 | | 00024507250 | 104.01 |
| 03/04/04 | COMCAST CABLE COMM   888-633-4266    MA<br>379478120 CABLE SVS            03/03/04<br>    CABLE SVS<br>    ROC NUMBER OO35968676 | | 00379478120 | 59.18 |
| 03/03/04 | PANERA BREAD #3860  SMITHFIELD      MA<br>OOO555793 FAST FOOD RESTAURANTS  03/02/04<br>    FAST FOOD RESTAURANTS<br>    ROC NUMBER    558965 | | 00000555793 | 7.93 |
| 03/04/04 | BASKIN ROBBINS HANOVHANOVER         MA<br>OO6422343 FOOD/BEV             03/02/04<br>    FOOD/BEV | | 00006422343 | 12.10 |
| 03/04/04 | AMARI              EAST SANDWICH    MA<br>    5382 RESTAURANT            03/03/04<br>    FOOD/BEV              $128.47<br>    TIP                  $20.00 | | 0000005382 | 148.47 |
| 03/04/04 | NOT YOUR AVERAGE JOERANDOLPH        MA<br>72005221    FOOD/BEVERAGE       03/03/04 | | 00072005221 | 37.24 |
| 03/07/04 | JOE'S AMERICAN BAR& BRAINTREE       MA<br>90972200    FOOD-BEV           03/05/04<br>    FOOD-BEV              $70.57<br>    WAITER               $14.00 | | 00090972200 | 84.57 |
| 03/10/04 | NEW YORK BAGEL CO #2N DARTMOUTH     MA<br>145145 BAGELS,                 03/09/04<br>    BAGELS,<br>    ROC NUMBER OOOOOOOO17 | | 00000145145 | 9.21 |
| 03/10/04 | CAPRICCIO RSTR PROVIDENCE RI        MA<br>OOO344644 FOOD AND BEVERAGE    03/09/04<br>    FOOD AND BEVERAGE<br>    TIP          OOOO2OOO | | 0000344644 | 241.45 |
| 03/11/04 | PANERA BREAD #3860  SMITHFIELD      MA<br>OOO436997 FAST FOOD RESTAURANTS 03/10/04<br>    FAST FOOD RESTAURANTS<br>    ROC NUMBER    550736 | | 00000436997 | 39.60 |

*Continued on reverse*

**DUPLICATE COPY**

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 4 of 5

## Activity Continued

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 03/12/04 | NOT YOUR AVERAGE JOERANDOLPH          MA<br>49910066  FOOD/BEVERAGE              03/11/04 | | 00049910066 | 82.80 |
| 03/14/04 | TOGO'S EATERY/BASKINRANDOLPH          MA<br>0000-0314 MISCELLANEOUS FOOD STOR 03/11/04<br>        MISCELLANEOUS FOOD STOR | | | 21.29 |
| 03/21/04 | TOGO'S EATERY/BASKINRANDOLPH          MA<br>0000-0321 MISCELLANEOUS FOOD STOR 03/16/04<br>        MISCELLANEOUS FOOD STOR | | | 157.24 |
| 03/22/04 | ALBA BAR & GRILL    QUINCY            MA<br>        OO FOOD/BEV               03/20/04<br>        FOOD/BEV              $62.48<br>        TIP                  $10.00 | | | 72.48 |
| 03/26/04 | TK OMALLEY OF DARTMONORTH DARTMOUT    MA<br>008614457 FOOD/BEV               03/25/04<br>        FOOD/BEV             $27.11<br>        TIP                  $4.00 | | 00008614457 | 31.11 |
| 03/02/04 | STAPLES          PROVIDENCE           RI<br>000118414 OFFICE SUPPLIES         03/01/04<br>        OFFICE SUPPLIES | | 00000118414 | 3.01 |
| 03/03/04 | KINKO'S INC:  0386  Hyannis           MA<br>013343                02601- 03/02/04<br>                      02601-<br>                    TAX     $.82 | | 00001334300 | 17.26 |
| 03/04/04 | KINKO'S INC:  0781  Braintree         MA<br>050847                02184- 03/02/04<br>                      02184-<br>                    TAX     $.17 | | 00005084700 | 3.57 |
| 03/05/04 | BROOKS PHARMACY #533BROCKTON          MA<br>00003176  PRESCRIPTIONS SUNDRIES  03/03/04 | | 00000003176 | 3.14 |
| 03/05/04 | KINKO'S INC:  0386  Hyannis           MA<br>013425                02601- 03/04/04<br>                      02601-<br>                    TAX     $.12 | | 00001342500 | 2.50 |
| 03/06/04 | KINKO'S INC:  0781  Braintree         MA<br>051310                02184- 03/05/04<br>                      02184- | | 00005131000 | 2.18 |
| 03/21/04 | THE UPS STORE #0349 RANDOLPH          MA<br>214000807 BUSINESS SERVICES       03/20/04<br>        BUSINESS SERVICES<br>        ROC NUMBER 517026 | | 00214000807 | 88.49 |
| 03/30/04 | KINKO'S INC:  3593  Providence        RI<br>060750                02906- 03/29/04<br>                      02906-<br>                    TAX     $.06 | | 00006075000 | 2.73 |
| 03/30/04 | STAPLES          PROVIDENCE           RI<br>000122347 OFFICE SUPPLIES         03/29/04<br>        OFFICE SUPPLIES | | 00000122347 | 33.12 |
| 03/02/04 | USPS 4371430102     PROVIDENCE        RI<br>371430102 POSTAL SERVICES         03/01/04<br>        POSTAL SERVICES | | 00371430102 | 1.78 |
| 03/06/04 | USPS 4371430368     RANDOLPH          MA<br>371430368 POSTAL SERVICES         03/05/04<br>        POSTAL SERVICES | | 00371430368 | 3.25 |
| 03/11/04 | USPS 4371430571     WAREHAM           MA<br>371430571 POSTAL SERVICES         03/10/04<br>        POSTAL SERVICES | | 00371430571 | 3.85 |

| **Total for JOHN W GACHAGO** | New Charges/Other Debits<br>Payments/Other Credits | 1,827.77<br>-628.12 |
|---|---|---|

*Continued on next page*

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Closing Date
03/30/04

## Telecommunications Invoice

 **AT&T**

**ATT**
**CARD CALLS/SDN**

AT&T THE RIGHT CHOICE LOOK AND LISTEN FOR "AT&T".
IF YOU DON'T HEAR "AT&T" HANG UP AND DIAL
10+ATT+0+AREACODE+NUMBER.

Charges received through
March 23, 2004
Account Number
3794-781209-61009
Telecom Reference Number
2296957525

**TOTAL AT&T   $2.11**

### FEES, TAXES, AND CREDITS

| Date | Time | Description | Amount $ |
|---|---|---|---|
| MAR23 | 12:00 | TOTAL DOMESTIC DISCOUNT | -0.75 |
| MAR23 | 12:00 | FEDERAL EXCISE TAX | 0.06 |
| MAR23 | 12:00 | STATE TAX/SURCHARGE | 0.05 |
| MAR23 | 12:00 | LOCAL TAX/SURCHARGE | 0.05 |

**SUBTOTAL FEES, TAXES, AND CREDITS: -0.59**

### DOMESTIC CALLS:

| Date | Time | Called From/Called To | | | | | | Rate* | Mins | Amount $ |
|---|---|---|---|---|---|---|---|---|---|---|
| FEB10 | 18:10 | PHOENIX | AZ | 602-337-9036 | TEMPE | AZ | 480-505-3076 | E | 2 | 1.32 |
| FEB19 | 15:32 | MADISON | NH | 603-367-9285 | NEWBEDFORD | MA | 508-985-5040 | D | 2 | 1.38 |

**SUBTOTAL ITEMIZED CALLS: 2.70**

* W=WKEND  D=DAY  E=EVE  N=NITE  U=NO RATE  P=PEAK  O=OFFPK  INTL:  D=DISC  E=ECON  S=STD
LONG DISTANCE TELEPHONE SERVICE PROVIDED BY AT&T
AT&T'S CUSTOMER SERVICE NUMBER IS 1-800-253-8845

**DUPLICATE COPY**

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN W GACHAGO<br>BRISTOL-MYERS SQUIBB | 3794-781209-61009 | 04/29/04 | Page 1 of 4 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 05/15/04 |
|---|---|---|---|---|---|---|
| 2,244.36 | 1,209.35 | 0.00 | 1,858.24 | 0.00 | 1,595.47 | For important information regarding your account refer to page 2. |

Your account is 30 days past due.  Please submit all outstanding expenses to avoid possible suspension.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Activity   Date reflects either transaction or posting date

### Card Number 3794-781209-61009

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 04/23/04 | PROCEEDS OF EXPENSE VOUCHER<br>EXPENSE REPORT # TEA100238408 | 04/23 | 08066000000 | -1,858.24 |
| 04/01/04 | GETTY 30344001    RANDOLPH<br>GETTY       GAS/MISC    091001000004  03/31/04<br>GAS/MISC    091001000004 | MA | | 27.00 |
| 04/03/04 | EXXONMOBIL5907783871EAST TAU<br>PAY AT PUMP5907783871<br>PAY AT PUMP5907783871<br>ROC NUMBER    WY88112 | MA<br>04/02/04 | | 10.00 |
| 04/06/04 | EXXONMOBIL2609714320NEW BEDF<br>PAY AT PUMP2609714320<br>PAY AT PUMP2609714320<br>ROC NUMBER    QVB4403 | MA<br>04/05/04 | | 27.00 |
| 04/08/04 | EXXONMOBIL2609626466PLYMOUTH<br>PAY AT PUMP2609626466<br>PAY AT PUMP2609626466<br>ROC NUMBER    LZ93313 | MA<br>04/07/04 | | 10.03 |
| 04/08/04 | SUNOCO    0663548601RANDOLPH<br>SUNOCO    0029453    009911449<br>0029453    009911449<br>ROC NUMBER FUEL/MISC | MA<br>04/08/04 | | 8.00 |
| 04/09/04 | EXXONMOBIL2609626466PLYMOUTH<br>PAY AT PUMP2609626466<br>PAY AT PUMP2609626466<br>ROC NUMBER    LZ92858 | MA<br>04/08/04 | | 11.11 |

*Continued on Page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

## Payment Coupon

| | Account Number | Please Pay By 05/15/04 |
|---|---|---|
| | 3794-781209-61009 | |

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

JOHN W GACHAGO
BRISTOL-MYERS SQUIBB
21 LINDEN PARK DR
RANDOLPH        MA  02368-4703

**Total Amount Due**
**$1,595.47**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000379478120961009 000159547000120935 29HH

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 2 of 4

**Payments:** Your American Express® Corporate Card monthly statement is payable in full upon receipt. Mail the Payment Coupon portion of this form with your check drawn on a bank located in the U.S., or money order, payable in U.S. Dollars, in the enclosed envelope or mail to American Express, PO Box 360001 Fort Lauderdale, FL 33336-0001. Do not send cash. Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or location, there may be a delay in processing. Please include your account number on your payment. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number, and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. If you currently send in an individual payment for business or personal expenses on the Corporate Card, please note that you are eligible to pay your bill online at **www.americanexpress.com/checkyourbill**.
AUTHORIZATION FOR ELECTRONIC PAYMENTS: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request.
**Billing Inquiries:** For all billing inquiries concerning your Corporate Card Account, please call 1-800-528-2122 immediately upon receipt of the statement. Please provide your name, account number, the dollar amount, and reason of the suspected error. You are not required to pay any disputed amount (or related finance or other charges) pending the resolution of the billing error inquiry. However, payment is still required for undisputed charges, which are billed to you. Requests for refunds of credit balances (designated "CR") should be made by calling us at 1-800-528-2122. Billing disputes can also be initiated online through Manage Your Card Account at **www.americanexpress.com/checkyourbill**.
**Lost or Stolen Card:** If the card is lost or stolen, in the U.S. immediately telephone 1-800-528-2122. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**In Case of Errors or Questions About Your Electronic Transfers for Your Personal Bank Account:** Please contact us by calling 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
**When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error during the time it takes us to complete our investigation.
**Global Assist® Hotline:** Corporate Cardmembers who travel can get emergency medical and legal referrals 24 hours a day, virtually anywhere in the world. Just call 1-800-554-AMEX in the U.S. or if you're overseas, call collect at 1-715-343-7977. We will supply you with names and telephone numbers of local healthcare providers, give you information about inoculation, visas, and U.S. consulates and even advance you up to $5,000 for hospital admission or bail. (Advances made will be charged to your Corporate Card Account). For more information about other services available through Global Assist® Hotline, call 1-800-554-AMEX.

**Business Travel Accident Insurance Plan[1] and American Express® Card Baggage Insurance Plan[2]:** Cardmembership includes up to $350,000 Accidental Death and Dismemberment insurance every time you travel on business and charge your common carrier tickets (air, land, or sea) to your Corporate Card Account. Non-business travel is covered for up to $100,000. Baggage insurance pays in excess of the carrier's liability up to $500 for check baggage and $1,250 for carry-on.
**Corporate Express Cash Inquiries:** For all financial inquiries about Corporate Express Cash automated teller machine transactions, contact American Express, Express Cash Operations, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815 or call 1-800-CASH-NOW. To obtain the location of the nearest participating ATM, please dial toll free 1-800-CASH-NOW. Corporate Express Cash participants who have changed their bank account must contact 1-800-CASH-NOW to obtain proper updating forms. Do not use Corporate Express Cash until the bank account has been confirmed.
Note: Your Corporation, firm, or organization may have its own policy or customized program, which takes precedence over any provision stated above.
1 Business Travel Accident Insurance Plan is underwritten by Federal Insurance Company, a member of the Chubb Group of Insurance Companies, Warren, NJ and subject to the terms, conditions, and exclusions of Policy 6477-82-04.
2 American Express Card Baggage Insurance Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI and subject to the terms, conditions and exclusions of Policy AX0400.



Manage your card account online at www.americanexpress.com/checkyourbill



To Pay by Phone
1-800-472-9297

Customer Service and Billing Inquiries
1-800-528-2122
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-528-2122

International Collect:
1-336-393-1111

Hearing Impared Services:
TTY: 1-800-221-9950
FAX: 1-800-695-9090

Global Assist
1-800-554-AMEX
International Collect:
1-715-343-7977

Correspondence

Customer Service and Billing Inquiries
P.O. Box 297812
Ft. Lauderdale, FL 33329-7812

Express Cash Operations
P.O. Box 297815
Ft. Lauderdale, FL 33329-7815

Payments
P.O. BOX 1270
NEWARK NJ 07101-1270

**Change of Address**
If correct on front do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

Providing your email address to American Express will enable you to receive special offers, suited to your needs.

**DUPLICATE COPY**

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Closing Date
04/29/04

Page 3 of 4

## Activity Continued

| | | Reference Code | Amount $ |
|---|---|---|---|
| 04/10/04 | EXXONMOBIL3401264753PROVIDEN         RI<br>PAY AT PUMP3401264753    04/09/04<br>PAY AT PUMP3401264753<br>ROC NUMBER    SXQ5947 | | 26.93 |
| 04/14/04 | EXXONMOBIL3401244334MILTON         MA<br>PAY AT PUMP3401244334    04/13/04<br>PAY AT PUMP3401244334<br>ROC NUMBER    RGH1517 | | 27.98 |
| 04/27/04 | EXXONMOBIL5903410420BRAINTRE        MA<br>PAY AT PUMP5903410420    04/25/04<br>PAY AT PUMP5903410420<br>ROC NUMBER    SZ24919 | | 27.07 |
| 04/29/04 | CUMBERLAND FARMS 209N DARTMOUTH     MA<br>SERVICE STA412012180178 04/28/04<br>SERVICE STA412012180178<br>ROC NUMBER    592138 | 00000082150 | 26.48 |
| 04/23/04 | AT&T CARD CALLS/SDN - 04/23/04<br>TELECOMMUNICATION SERVICE - DETAIL ENCL | 00000030491 | 2.11 |
| 04/02/04 | COMCAST CABLE COMM  888-633-4266    MA<br>379478120 CABLE SVS       04/01/04<br>CABLE SVS<br>ROC NUMBER 0047921846 | 00379478120 | 45.95 |
| 04/29/04 | CINGWS*654628081BOS WICHITA FAL     TX<br>27849902  TELEPHONE SERVICE/EQUIP 04/28/04 | 00027849902 | 299.27 |
| 03/31/04 | LES ZYGOMATES       BOSTON          MA<br>10826906 FOOD AND BEVERAGE 03/30/04<br>FOOD/BEV        $155.00<br>TIP | 00010826906 | 155.00 |
| 03/31/04 | BLACKFIN CHOPHOUSE ASSOC HINGHAM MA<br>000000065 FOOD AND BEVERAGE  03/31/04<br>FOOD AND BEVERAGE<br>TIP       00002000 | 00000000065 | 138.85 |
| 04/03/04 | ALBA BAR & GRILL       QUINCY       MA<br>1 FOOD/BEV          04/02/04<br>FOOD/BEV        $145.96<br>TIP             $15.00 | 00000000001 | 160.96 |
| 04/14/04 | BASKIN ROBBINS HANOVHANOVER         MA<br>010529776 FOOD/BEV         04/12/04<br>FOOD/BEV | 00010529776 | 13.84 |
| 04/28/04 | NOT YOUR AVERAGE JOERANDOLPH        MA<br>49910072   FOOD/BEVERAGE   04/27/04 | 00049910072 | 75.00 |
| 03/31/04 | BARNES & NOBLE      BRAINTREE       MA<br>19890331 BOOKS/SUPPLIES/GIFTS 03/30/04<br>BOOKS/SUPPLIES/GIFTS | 00019890331 | 3.26 |
| 04/06/04 | THE UPS STORE #0349 RANDOLPH        MA<br>218000023 BUSINESS SERVICES 04/01/04<br>BUSINESS SERVICES<br>ROC NUMBER 517115 | 00218000023 | 6.15 |
| 04/06/04 | CINGULAR BO04 7OO3  8882843014      MA<br>60133953  CELLULAR PHONE/SLS/SVC 04/03/04 | 00060133953 | 104.00 |
| 04/06/04 | KINKO'S INC:  0386   Hyannis        MA<br>014450            02601- 04/05/04<br>02601-<br>TAX    $.16 | 00001445000 | 3.36 |

| **Total for JOHN W GACHAGO** | New Charges/Other Debits<br>Payments/Other Credits | 1,209.35<br>-1,858.24 |
|---|---|---|

*Continued on reverse*

DUPLICATE COPY

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 4 of 4

## Telecommunications Invoice

 **AT&T**

**ATT**

## CARD CALLS/SDN

AT&T THE RIGHT CHOICE LOOK AND LISTEN FOR "AT&T".
IF YOU DON'T HEAR "AT&T" HANG UP AND DIAL
10+ATT+O+AREACODE+NUMBER.

Charges received through
April 23, 2004
Account Number
3794-781209-61009
Telecom Reference Number
2296957525

**TOTAL AT&T    $2.11**

### FEES, TAXES, AND CREDITS

| Date | Time | Description | Amount $ |
|---|---|---|---|
| APR23 | 12:00 | TOTAL DOMESTIC DISCOUNT | -1.54 |
| APR23 | 12:00 | FEDERAL EXCISE TAX | 0.06 |

**SUBTOTAL FEES, TAXES, AND CREDITS: -1.48**

### DOMESTIC CALLS:

| Date | Time | Called From/Called To | | | | | Rate* | Mins | Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| MAR21 | 19:49 | RANDOLPH | MA | 781-961-9963 | PLAINSBORO | NJ | 609-897-2000 | E | 13 | 1.47 |
| MAR21 | 20:04 | RANDOLPH | MA | 781-961-9963 | PLAINSBORO | NJ | 609-897-2000 | E | 1 | 0.72 |
| MAR21 | 20:06 | RANDOLPH | MA | 781-961-9963 | PLAINSBORO | NJ | 609-897-2000 | E | 12 | 1.40 |

**SUBTOTAL ITEMIZED CALLS: 3.59**

* W=WKEND D=DAY E=EVE N=NITE U=NO RATE P=PEAK O=OFFPK  INTL: D=DISC E=ECON S=STD
LONG DISTANCE TELEPHONE SERVICE PROVIDED BY AT&T
AT&T'S CUSTOMER SERVICE NUMBER IS 1-800-253-8845

DUPLICATE COPY

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN W GACHAGO<br>BRISTOL-MYERS SQUIBB | 3794-781209-61009 | 05/29/04 | Page 1 of 2 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 06/14/04 |
|---|---|---|---|---|---|---|
| 1,595.47 | 123.20 | 0.00 | 635.17 | 0.00 | 1,083.50 | For important information regarding your account refer to page 2. |

Your account is canceled.  Please contact us immediately.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Activity
Date reflects either transaction or posting date

**Card Number 3794-781209-61009**

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 05/17/04 | PROCEEDS OF EXPENSE VOUCHER<br>EXPENSE REPORT # TEA100254991 | 05/17 | 06060000000 | -635.17 |
| 04/30/04 | BROOKS PHARMACY #860YARMOUTHPORT  MA<br>00009304   PRESCRIPTIONS/SUNDRIES  04/28/04 | | 00000009304 | 25.73 |
| 05/01/04 | EXXONMOBIL5907783848BRIDGEWA  MA<br>PAY AT PUMP5907783848  04/30/04<br>PAY AT PUMP5907783848<br>ROC NUMBER  WZ93746 | | | 23.47 |
| 05/02/04 | COMCAST CABLE COMM  888-633-4266  MA<br>379478120 CABLE SVS  05/01/04<br>CABLE SVS<br>ROC NUMBER  O060507593 | | 00379478120 | 45.99 |
| 05/02/04 | TOGO'S EATERY/BASKINRANDOLPH  MA<br>0000-0502 MISCELLANEOUS FOOD STOR 04/26/04<br>MISCELLANEOUS FOOD STOR | | | 18.00 |
| 05/04/04 | EXXONMOBIL3407712813WALPOLE  MA<br>PAY AT PUMP3407712813  05/03/04<br>PAY AT PUMP3407712813<br>ROC NUMBER  NEB8628 | | | 10.01 |

| **Total for JOHN W GACHAGO** | New Charges/Other Debits | 123.20 |
|---|---|---|
| | Payments/Other Credits | -635.17 |

↓ Please fold on the perforation below, detach and return with your payment ↑

**Payment Coupon**

| | Account Number | Please Pay By 06/14/04 | Payable upon receipt in U.S. Dollars. |
|---|---|---|---|
| | 3794-781209-61009 | | |

Please enter account number on all checks and correspondence.

JOHN W GACHAGO
BRISTOL-MYERS SQUIBB
21 LINDEN PARK DR
RANDOLPH          MA   02368-4703

**Total Amount Due**
**$1,083.50**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000037947812096100g 000108350000012320 29HH

**DUPLICATE COPY**

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 2 of 2

**Payments:** Your American Express® Corporate Card monthly statement is payable in full upon receipt. Mail the Payment Coupon portion of this form with your check drawn on a bank located in the U.S., or money order, payable in U.S. Dollars, in the enclosed envelope or mail to American Express, PO Box 360001 Fort Lauderdale, FL 33336-0001. Do not send cash. Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or location, there may be a delay in processing. Please include your account number on your payment. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number, and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. If you currently send in an individual payment for business or personal expenses on the Corporate Card, please note that you are eligible to pay your bill online at **www.americanexpress.com/checkyourbill**.
AUTHORIZATION FOR ELECTRONIC PAYMENTS: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request.
**Billing Inquiries:** For all billing inquiries concerning your Corporate Card Account, please call 1-800-528-2122 immediately upon receipt of the statement. Please provide your name, account number, the dollar amount, and reason of the suspected error. You are not required to pay any disputed amount (or related finance or other charges) pending the resolution of the billing error inquiry. However, payment is still required for undisputed charges, which are billed to you. Requests for refunds of credit balances (designated "CR") should be made by calling us at 1-800-528-2122. Billing disputes can also be initiated online through Manage Your Card Account at **www.americanexpress.com/checkyourbill**.
**Lost or Stolen Card:** If the card is lost or stolen, in the U.S. immediately telephone 1-800-528-2122. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**In Case of Errors or Questions About Your Electronic Transfers for Your Personal Bank Account:** Please contact us by calling 1-800-IPAY-AXP for Pay By Phone or 1-800-Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
**When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error during the time it takes us to complete our investigation.
**Global Assist® Hotline:** Corporate Cardmembers who travel can get emergency medical and legal referrals 24 hours a day, virtually anywhere in the world. Just call 1-800-554-AMEX in the U.S. or if you're overseas, call collect at 1-715-343-7977. We will supply you with names and telephone numbers of local healthcare providers, give you information about inoculation, visas, and U.S. consulates and even advance you up to $5,000 for hospital admission or bail. (Advances made will be charged to your Corporate Card Account). For more information about other services available through Global Assist® Hotline, call 1-800-554-AMEX.

**Business Travel Accident Insurance Plan[1] and American Express® Card Baggage Insurance Plan[2]:** Cardmembership includes up to $350,000 Accidental Death and Dismemberment insurance every time you travel on business and charge your common carrier tickets (air, land, or sea) to your Corporate Card Account. Non-business travel is covered for up to $100,000. Baggage insurance pays in excess of the carrier's liability up to $500 for check baggage and $1,250 for carry-on.
**Corporate Express Cash Inquiries:** For all financial inquiries about Corporate Express Cash automated teller machine transactions, contact American Express, Express Cash Operations, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815 or call 1-800-CASH-NOW. To obtain the location of the nearest participating ATM, please dial toll free 1-800-CASH-NOW. Corporate Express Cash participants who have changed their bank account must contact 1-800-CASH-NOW to obtain proper updating forms. Do not use Corporate Express Cash until the bank account has been confirmed.
Note: Your Corporation, firm, or organization may have its own policy or customized program, which takes precedence over any provision stated above.
1 Business Travel Accident Insurance Plan is underwritten by Federal Insurance Company, a member of the Chubb Group of Insurance Companies, Warren, NJ and subject to the terms, conditions, and exclusions of Policy 6477-82-04.
2 American Express Card Baggage Insurance Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI and subject to the terms, conditions and exclusions of Policy AX0400.



Manage your card account online at www.americanexpress.com/checkyourbill



To Pay by Phone
1-800-472-9297

Customer Service and Billing Inquiries
1-800-528-2122
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-528-2122

International Collect:
1-336-393-1111

Hearing Impared Services:
TTY: 1-800-221-9950
FAX: 1-800-695-9090

Global Assist
1-800-554-AMEX
International Collect:
1-715-343-7977



Correspondence

Customer Service and Billing Inquiries
P.O. Box 297812
Ft. Lauderdale, FL 33329-7812

Express Cash Operations
P.O. Box 297815
Ft. Lauderdale, FL 33329-7815

Payments
P.O. BOX 1270
NEWARK NJ
07101-1270

Change of Address
If correct on front do not use



Name
Company Name
Street Address
City, State
Zip Code
Area Code and Home Phone
Area Code and Work Phone
Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

DUPLICATE COPY

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN W GACHAGO BRISTOL-MYERS SQUIBB | 3794-781209-61009 | 06/29/04 | Page 1 of 2 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 07/15/04 |
|---|---|---|---|---|---|---|
| 1,083.50 | 0.00 | 32.40 | 0.00 | 0.00 | 1,115.90 | For important information regarding your account refer to page 2. |

Your account is canceled.  Please contact us immediately.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Activity    Date reflects either transaction or posting date

**Card Number 3794-781209-61009**

| | | Reference Code | Amount $ |
|---|---|---|---|
| 06/29/04 | DELINQUENCY CHARGE ON    1,083.50 | | 32.40 |
| **Total for JOHN W GACHAGO** | | New Charges/Other Debits Payments/Other Credits | 32.40 0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**    Account Number 3794-781209-61009    **Please Pay By 07/15/04**    Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

JOHN W GACHAGO
BRISTOL-MYERS SQUIBB
21 LINDEN PARK DR
RANDOLPH        MA   02368-4703

**Total Amount Due $1,115.90**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000379478120961009 000111590000000000 29HH

Prepared For
**JOHN W GACHAGO**
**BRISTOL-MYERS SQUIBB**

Account Number
3794-781209-61009

Page 2 of 2

**Payments:** Your American Express® Corporate Card monthly statement is payable in full upon receipt. Mail the Payment Coupon portion of this form with your check drawn on a bank located in the U.S., or money order, payable in U.S. Dollars, in the enclosed envelope or mail to American Express, PO Box 360001 Fort Lauderdale, FL 33336-0001. Do not send cash. Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or location, there may be a delay in processing. Please include your account number on your payment. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number, and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. If you currently send in an individual payment for business or personal expenses on the Corporate Card, please note that you are eligible to pay your bill online at **www.americanexpress.com/checkyourbill**.
AUTHORIZATION FOR ELECTRONIC PAYMENTS: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request.
**Billing Inquiries:** For all billing inquiries concerning your Corporate Card Account, please call 1-800-528-2122 immediately upon receipt of the statement. Please provide your name, account number, the dollar amount, and reason of the suspected error. You are not required to pay any disputed amount (or related finance or other charges) pending the resolution of the billing error inquiry. However, payment is still required for undisputed charges, which are billed to you. Requests for refunds of credit balances (designated "CR") should be made by calling us at 1-800-528-2122. Billing disputes can also be initiated online through Manage Your Card Account at **www.americanexpress.com/checkyourbill**.
**Lost or Stolen Card:** If the card is lost or stolen, in the U.S. immediately telephone 1-800-528-2122. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**In Case of Errors or Questions About Your Electronic Transfers for Your Personal Bank Account:** Please contact us by calling 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
**When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error during the time it takes us to complete our investigation.
**Global Assist® Hotline:** Corporate Cardmembers who travel can get emergency medical and legal referrals 24 hours a day, virtually anywhere in the world. Just call 1-800-554-AMEX in the U.S. or if you're overseas, call collect at 1-715-343-7977. We will supply you with names and telephone numbers of local healthcare providers, give you information about inoculation, visas, and U.S. consulates and even advance you up to $5,000 for hospital admission or bail. (Advances made will be charged to your Corporate Card Account). For more information about other services available through Global Assist® Hotline, call 1-800-554-AMEX.

**Business Travel Accident Insurance Plan[1] and American Express® Card Baggage Insurance Plan[2]:** Cardmembership includes up to $350,000 Accidental Death and Dismemberment insurance every time you travel on business and charge your common carrier tickets (air, land, or sea) to your Corporate Card Account. Non-business travel is covered for up to $100,000. Baggage insurance pays in excess of the carrier's liability up to $500 for check baggage and $1,250 for carry-on.
**Corporate Express Cash Inquiries:** For all financial inquiries about Corporate Express Cash automated teller machine transactions, contact American Express, Express Cash Operations, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815 or call 1-800-CASH-NOW. To obtain the location of the nearest participating ATM, please dial toll free 1-800-CASH-NOW. Corporate Express Cash participants who have changed their bank account must contact 1-800-CASH-NOW to obtain proper updating forms. Do not use Corporate Express Cash until the bank account has been confirmed.
**Note:** Your Corporation, firm, or organization may have its own policy or customized program, which takes precedence over any provision stated above.
1 Business Travel Accident Insurance Plan is underwritten by Federal Insurance Company, a member of the Chubb Group of Insurance Companies, Warren, NJ and subject to the terms, conditions, and exclusions of Policy 6477-82-04.
2 American Express Card Baggage Insurance Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI and subject to the terms, conditions and exclusions of Policy AX0400.



Manage your card account online at www.americanexpress.com/checkyourbill



To Pay by Phone
1-800-472-9297

Customer Service and Billing Inquiries
1-800-528-2122
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-528-2122

International Collect:
1-336-393-1111

Hearing Impared Services:
TTY: 1-800-221-9950
FAX: 1-800-695-9090

Global Assist
1-800-554-AMEX
International Collect:
1-715-343-7977

**Correspondence**

Customer Service and Billing Inquiries
P.O. Box 297812
Ft. Lauderdale, FL 33329-7812

Express Cash Operations
P.O. Box 297815
Ft. Lauderdale, FL 33329-7815

Payments
P.O. BOX 1270
NEWARK NJ 07101-1270

**Change of Address**
If correct on front
do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

Providing your email address to American Express will enable you to receive special offers, suited to your needs.

DUPLICATE COPY

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN W GACHAGO | 3794-781209-61009 | 07/30/04 | Page 1 of 2 |
| BRISTOL-MYERS SQUIBB | | | |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance | Please Pay By Due $ 08/15/04 |
|---|---|---|---|---|---|---|
| 1,115.90 | 0.00 | 33.37 | 0.00 | 0.00 | 1,149.27 | For important information regarding your account refer to page 2. |

Your account is canceled.  Please contact us immediately.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Activity   Date reflects either transaction or posting date

**Card Number 3794-781209-61009**

| | | Reference Code | Amount $ |
|---|---|---|---|
| 07/30/04 | DELINQUENCY CHARGE ON    1,115.90 | | 33.37 |
| **Total for JOHN W GACHAGO** | | New Charges/Other Debits | 33.37 |
| | | Payments/Other Credits | 0.00 |

**Payment Coupon**

| | Account Number | Please Pay By | Payable upon receipt in |
|---|---|---|---|
| | 3794-781209-61009 | 08/15/04 | U.S. Dollars. |

Please enter account number on all checks and correspondence.

JOHN W GACHAGO
BRISTOL-MYERS SQUIBB
21 LINDEN PARK DR
RANDOLPH        MA   02368-4703

**Total Amount Due**
**$1,149.27**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000037947812096l009 000ll4927000000000 30hh

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 2 of 2

**Payments:** Your American Express® Corporate Card monthly statement is payable in full upon receipt. Mail the Payment Coupon portion of this form with your check drawn on a bank located in the U.S., or money order, payable in U.S. Dollars, in the enclosed envelope or mail to American Express, PO Box 360001 Fort Lauderdale, FL 33336-0001. Do not send cash. Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or location, there may be a delay in processing. Please include your account number on your payment. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number, and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. If you currently send in an individual payment for business or personal expenses on the Corporate Card, please note that you are eligible to pay your bill online at **www.americanexpress.com/checkyourbill**.
AUTHORIZATION FOR ELECTRONIC PAYMENTS: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request.
**Billing Inquiries:** For all billing inquiries concerning your Corporate Card Account, please call 1-800-528-2122 immediately upon receipt of the statement. Please provide your name, account number, the dollar amount, and reason of the suspected error. You are not required to pay any disputed amount (or related finance or other charges) pending the resolution of the billing error inquiry. However, payment is still required for undisputed charges, which are billed to you. Requests for refunds of credit balances (designated "CR") should be made by calling us at 1-800-528-2122. Billing disputes can also be initiated online through Manage Your Card Account at **www.americanexpress.com/checkyourbill**.
**Lost or Stolen Card:** If the card is lost or stolen, in the U.S. immediately telephone 1-800-528-2122. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**In Case of Errors or Questions About Your Electronic Transfers for Your Personal Bank Account:** Please contact us by calling 1-800-IPAY-AXP for Pay By Phone or Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
**When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error during the time it takes us to complete our investigation.
**Global Assist® Hotline:** Corporate Cardmembers who travel can get emergency medical and legal referrals 24 hours a day, virtually anywhere in the world. Just call 1-800-554-AMEX in the U.S. or if you're overseas, call collect at 1-715-343-7977. We will supply you with names and telephone numbers of local healthcare providers, give you information about inoculation, visas, and U.S. consulates and even advance you up to $5,000 for hospital admission or bail. (Advances made will be charged to your Corporate Card Account). For more information about other services available through Global Assist® Hotline, call 1-800-554-AMEX.

**Business Travel Accident Insurance Plan[1] and American Express® Card Baggage Insurance Plan[2]:** Cardmembership includes up to $350,000 Accidental Death and Dismemberment insurance every time you travel on business and charge your common carrier tickets (air, land, or sea) to your Corporate Card Account. Non-business travel is covered for up to $100,000. Baggage insurance pays in excess of the carrier's liability up to $500 for check baggage and $1,250 for carry-on.
**Corporate Express Cash Inquiries:** For all financial inquiries about Corporate Express Cash automated teller machine transactions, contact American Express, Express Cash Operations, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815 or call 1-800-CASH-NOW. To obtain the location of the nearest participating ATM, please dial toll free 1-800-CASH-NOW. Corporate Express Cash participants who have changed their bank account must contact 1-800-CASH-NOW to obtain proper updating forms. Do not use Corporate Express Cash until the bank account has been confirmed.
**Note:** Your Corporation, firm, or organization may have its own policy or customized program, which takes precedence over any provision stated above.
1 Business Travel Accident Insurance Plan is underwritten by Federal Insurance Company, a member of the Chubb Group of Insurance Companies, Warren, NJ and subject to the terms, conditions, and exclusions of Policy 6477-82-04.
2 American Express Card Baggage Insurance Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI and subject to the terms, conditions and exclusions of Policy AX0400.



Manage your card account online at www.americanexpress.com/checkyourbill



To Pay by Phone
1-800-472-9297

Customer Service and Billing Inquiries
1-800-528-2122
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-528-2122

International Collect:
1-336-393-1111

Hearing Impaired Services:
TTY: 1-800-221-9950
FAX: 1-800-695-9090

Global Assist
1-800-554-AMEX
International Collect:
1-715-343-7977



Correspondence

Customer Service and Billing Inquiries
P.O. Box 297812
Ft. Lauderdale, FL 33329-7812

Express Cash Operations
P.O. Box 297815
Ft. Lauderdale, FL 33329-7815

Payments
P.O. BOX 1270
NEWARK NJ 07101-1270

**Change of Address**
If correct on front do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

**DUPLICATE COPY**

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN W GACHAGO<br>BRISTOL-MYERS SQUIBB | 3794-781209-61009 | 08/29/04 | Page 1 of 2 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 09/14/04 |
|---|---|---|---|---|---|---|
| 1,149.27 | 0.00 | 34.36 | 0.00 | 0.00 | 1,183.63 | For important information regarding your account refer to page 2. |

Your account is canceled.  Please contact us immediately.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Activity  Date reflects either transaction or posting date

**Card Number 3794-781209-61009**

| | | Reference Code | Amount $ |
|---|---|---|---|
| 08/29/04 | DELINQUENCY CHARGE ON    1,149.27 | | 34.36 |
| **Total for JOHN W GACHAGO** | | New Charges/Other Debits<br>Payments/Other Credits | 34.36<br>0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

| | Account Number | Please Pay By 09/14/04 | Payable upon receipt in U.S. Dollars. |
|---|---|---|---|
| | 3794-781209-61009 | | |

JOHN W GACHAGO
BRISTOL-MYERS SQUIBB
21 LINDEN PARK DR
RANDOLPH          MA   02368-4703

Please enter account number on all checks and correspondence.

**Total Amount Due
$1,183.63**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000379478120961009 000118363000000000 29ʜʜ

**DUPLICATE COPY**

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 2 of 2

**Payments:** Your American Express® Corporate Card monthly statement is payable in full upon receipt. Mail the Payment Coupon portion of this form with your check drawn on a bank located in the U.S., or money order, payable in U.S. Dollars, in the enclosed envelope or mail to American Express, PO Box 360001 Fort Lauderdale, FL 33336-0001. Do not send cash. Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or location, there may be a delay in processing. Please include your account number on your payment. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number, and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. If you currently send in an individual payment for business or personal expenses on the Corporate Card, please note that you are eligible to pay your bill online at **www.americanexpress.com/checkyourbill**.
AUTHORIZATION FOR ELECTRONIC PAYMENTS: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request.
**Billing Inquiries:** For all billing inquiries concerning your Corporate Card Account, please call 1-800-528-2122 immediately upon receipt of the statement. Please provide your name, account number, the dollar amount, and reason of the suspected error. You are not required to pay any disputed amount (or related finance or other charges) pending the resolution of the billing error inquiry. However, payment is still required for undisputed charges, which are billed to you. Requests for refunds of credit balances (designated "CR") should be made by calling us at 1-800-528-2122. Billing disputes can also be initiated online through Manage Your Card Account at **www.americanexpress.com/checkyourbill**.
**Lost or Stolen Card:** If the card is lost or stolen, in the U.S. immediately telephone 1-800-528-2122. Outside the U.S. contact the American Express Travel Service Office or call any local American Express office.
**In Case of Errors or Questions About Your Electronic Transfers for Your Personal Bank Account:** Please contact us by calling 1-800-IPAY-AXP for Pay By Phone or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
**When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error during the time it takes us to complete our investigation.
**Global Assist® Hotline:** Corporate Cardmembers who travel can get emergency medical and legal referrals 24 hours a day, virtually anywhere in the world. Just call 1-800-554-AMEX in the U.S. or if you're overseas, call collect at 1-715-343-7977. We will supply you with names and telephone numbers of local healthcare providers, give you information about inoculation, visas, and U.S. consulates and even advance you up to $5,000 for hospital admission or bail. (Advances made will be charged to your Corporate Card Account). For more information about other services available through Global Assist® Hotline, call 1-800-554-AMEX.

**Business Travel Accident Insurance Plan[1] and American Express® Card Baggage Insurance Plan[2]:**
Cardmembership includes up to $350,000 Accidental Death and Dismemberment insurance every time you travel on business and charge your common carrier tickets (air, land, or sea) to your Corporate Card Account. Non-business travel is covered for up to $100,000. Baggage insurance pays in excess of the carrier's liability up to $500 for check baggage and $1,250 for carry-on.
**Corporate Express Cash Inquiries:** For all financial inquiries about Corporate Express Cash automated teller machine transactions, contact American Express, Express Cash Operations, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815 or call 1-800-CASH-NOW. To obtain the location of the nearest participating ATM, please dial toll free 1-800-CASH-NOW. Corporate Express Cash participants who have changed their bank account must contact 1-800-CASH-NOW to obtain proper updating forms. Do not use Corporate Express Cash until the bank account has been confirmed.
**Note:** Your Corporation, firm, or organization may have its own policy or customized program, which takes precedence over any provision stated above.
1 Business Travel Accident Insurance Plan is underwritten by Federal Insurance Company, a member of the Chubb Group of Insurance Companies, Warren, NJ and subject to the terms, conditions, and exclusions of Policy 6477-82-04.
2 American Express Card Baggage Insurance Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI and subject to the terms, conditions and exclusions of Policy AX0400.



Manage your card account online at www. americanexpress.com/ checkyourbill



To Pay by Phone
1-800-472-9297

Customer Service and Billing Inquiries
1-800-528-2122
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-528-2122

International Collect:
1-336-393-1111

Hearing Impaired Services:
TTY: 1-800-221-9950
FAX: 1-800-695-9090

Global Assist
1-800-554-AMEX
International Collect:
1-715-343-7977



Correspondence

Customer Service and Billing Inquiries
P.O. Box 297812
Ft. Lauderdale, FL
33329-7812

Express Cash Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
P.O. BOX 1270
NEWARK NJ
07101-1270

Change of Address
If correct on front
do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

Providing your email address to American Express will enable you to receive special offers, suited to your needs.

DUPLICATE COPY

## Corporate Card
## Statement of Account

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN W GACHAGO<br>BRISTOL-MYERS SQUIBB | 3794-781209-61009 | 09/29/04 | Page 1 of 2 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Please Pay By<br>Due $ 10/15/04 | |
|---|---|---|---|---|---|---|
| 1,183.63 | 0.00 | 35.39 | 0.00 | 0.00 | 1,219.02 | For important information<br>regarding your account<br>refer to page 2. |

Your account is canceled.  Please contact us immediately.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Activity   Date reflects either transaction or posting date

**Card Number 3794-781209-61009**

| | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 09/29/04 | DELINQUENCY CHARGE ON | 1,183.63 | | 35.39 |

| **Total for JOHN W GACHAGO** | New Charges/Other Debits<br>Payments/Other Credits | 35.39<br>0.00 |
|---|---|---|

↓ Please fold on the perforation below, detach and return with your payment →

**Payment Coupon**

| | Account Number | Please Pay By | Payable upon receipt in |
|---|---|---|---|
| | 3794-781209-61009 | **10/15/04** | U.S. Dollars. |

Please enter account
number on all checks and
correspondence.

JOHN W GACHAGO
BRISTOL-MYERS SQUIBB
21 LINDEN PARK DR
RANDOLPH        MA   02368-4703

**Total Amount Due
$1,219.02**

Checks or drafts must be
drawn against banks
located in the U.S.

Check here if address,
telephone number, or
e-mail address has
changed. Note changes on
reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000037947812096l009 000l2l902000000000 29HH

**DUPLICATE COPY**

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 2 of 2

**Payments:** Your American Express® Corporate Card monthly statement is payable in full upon receipt. Mail the Payment Coupon portion of this form with your check drawn on a bank located in the U.S., or money order, payable in U.S. Dollars, in the enclosed envelope or mail to American Express, PO Box 360001 Fort Lauderdale, FL 33336-0001. Do not send cash. Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or location, there may be a delay in processing. Please include your account number on your payment. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number, and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. If you currently send in an individual payment for business or personal expenses on the Corporate Card, please note that you are eligible to pay your bill online at **www.americanexpress.com/checkyourbill**.
AUTHORIZATION FOR ELECTRONIC PAYMENTS: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request.
**Billing Inquiries:** For all billing inquiries concerning your Corporate Card Account, please call 1-800-528-2122 immediately upon receipt of the statement. Please provide your name, account number, the dollar amount, and reason of the suspected error. You are not required to pay any disputed amount (or related finance or other charges) pending the resolution of the billing error inquiry. However, payment is still required for undisputed charges, which are billed to you. Requests for refunds of credit balances (designated "CR") should be made by calling us at 1-800-528-2122. Billing disputes can also be initiated online through Manage Your Card Account at **www.americanexpress.com/checkyourbill**.
**Lost or Stolen Card:** If the card is lost or stolen, in the U.S. immediately telephone 1-800-528-2122. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**In Case of Errors or Questions About Your Electronic Transfers for Your Personal Bank Account:** Please contact us by calling 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
**When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error during the time it takes us to complete our investigation.
**Global Assist® Hotline:** Corporate Cardmembers who travel can get emergency medical and legal referrals 24 hours a day, virtually anywhere in the world. Just call 1-800-554-AMEX in the U.S. or if you're overseas, call collect at 1-715-343-7977. We will supply you with names and telephone numbers of local healthcare providers, give you information about inoculation, visas, and U.S. consulates and even advance you up to $5,000 for hospital admission or bail. (Advances made will be charged to your Corporate Card Account). For more information about other services available through Global Assist® Hotline, call 1-800-554-AMEX.

**Business Travel Accident Insurance Plan[1] and American Express® Card Baggage Insurance Plan[2]:** Cardmembership includes up to $350,000 Accidental Death and Dismemberment insurance every time you travel on business and charge your common carrier tickets (air, land, or sea) to your Corporate Card Account. Non-business travel is covered for up to $100,000. Baggage insurance pays in excess of the carrier's liability up to $500 for check baggage and $1,250 for carry-on.
**Corporate Express Cash Inquiries:** For all financial inquiries about Corporate Express Cash automated teller machine transactions, contact American Express, Express Cash Operations, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815 or call 1-800-CASH-NOW. To obtain the location of the nearest participating ATM, please dial toll free 1-800-CASH-NOW. Corporate Express Cash participants who have changed their bank account must contact 1-800-CASH-NOW to obtain proper updating forms. Do not use Corporate Express Cash until the bank account has been confirmed.
Note: Your Corporation, firm, or organization may have its own policy or customized program, which takes precedence over any provision stated above.
1 Business Travel Accident Insurance Plan is underwritten by Federal Insurance Company, a member of the Chubb Group of Insurance Companies, Warren, NJ and subject to the terms, conditions, and exclusions of Policy 6477-82-04.
2 American Express Card Baggage Insurance Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI and subject to the terms, conditions and exclusions of Policy AX0400.



Manage your card account online at www.americanexpress.com/checkyourbill



To Pay by Phone
1-800-472-9297

Customer Service and Billing Inquiries
1-800-528-2122
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-528-2122

International Collect:
1-336-393-1111

Hearing Impaired Services:
TTY:  1-800-221-9950
FAX:  1-800-695-9090

Global Assist
1-800-554-AMEX
International Collect:
1-715-343-7977

**Correspondence**

Customer Service and Billing Inquiries
P.O. Box 297812
Ft. Lauderdale, FL 33329-7812

Express Cash Operations
P.O. Box 297815
Ft. Lauderdale, FL 33329-7815

Payments
P.O. BOX 1270
NEWARK NJ 07101-1270



Change of Address
If correct on front do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

DUPLICATE COPY

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN W GACHAGO<br>BRISTOL-MYERS SQUIBB | 3794-781209-61009 | 10/29/04 | Page 1 of 2 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Please Pay By Due $ 11/14/04 |
|---|---|---|---|---|---|
| 1,219.02 | 0.00 | 0.00 | 0.00 | 0.00 | 1,219.02 |

For important information regarding your account refer to page 2.

Your account is canceled.  Please contact us immediately.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Activity

| | Amount $ |
|---|---|
| **Total of New Activity** | |
| New Charges/Other Debits | 0.00 |
| Payments/Other Credits | 0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

## Payment Coupon

| | Account Number | Please Pay By 11/14/04 | Payable upon receipt in U.S. Dollars. |
|---|---|---|---|
| | 3794-781209-61009 | | |

Please enter account number on all checks and correspondence.

JOHN W GACHAGO
BRISTOL-MYERS SQUIBB
21 LINDEN PARK DR
RANDOLPH          MA   02368-4703

**Total Amount Due**
**$1,219.02**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000379478120961009 000121902000000000 29HH

**DUPLICATE COPY**

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 2 of 2

**Payments:** Your American Express® Corporate Card monthly statement is payable in full upon receipt. Mail the Payment Coupon portion of this form with your check drawn on a bank located in the U.S., or money order, payable in U.S. Dollars, in the enclosed envelope or mail to American Express, PO Box 360001 Fort Lauderdale, FL 33336-0001. Do not send cash. Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or location, there may be a delay in processing. Please include your account number on your payment. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number, and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. If you currently send in an individual payment for business or personal expenses on the Corporate Card, please note that you are eligible to pay your bill online at **www.americanexpress.com/checkyourbill.**
AUTHORIZATION FOR ELECTRONIC PAYMENTS: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request.
**Billing Inquiries:** For all billing inquiries concerning your Corporate Card Account, please call 1-800-528-2122 immediately upon receipt of the statement. Please provide your name, account number, the dollar amount, and reason of the suspected error. You are not required to pay any disputed amount (or related finance or other charges) pending the resolution of the billing error inquiry. However, payment is still required for undisputed charges, which are billed to you. Requests for refunds of credit balances (designated "CR") should be made by calling us at 1-800-528-2122. Billing disputes can also be initiated online through Manage Your Card Account at **www.americanexpress.com/checkyourbill.**
**Lost or Stolen Card:** If the card is lost or stolen, in the U.S. immediately telephone 1-800-528-2122. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**In Case of Errors or Questions About Your Electronic Transfers for Your Personal Bank Account:** Please contact us by calling 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
**When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error during the time it takes us to complete our investigation.
**Global Assist® Hotline:** Corporate Cardmembers who travel can get emergency medical and legal referrals 24 hours a day, virtually anywhere in the world. Just call 1-800-554-AMEX in the U.S. or if you're overseas, call collect at 1-715-343-7977. We will supply you with names and telephone numbers of local healthcare providers, give you information about inoculation, visas, and U.S. consulates and even advance you up to $5,000 for hospital admission or bail. (Advances made will be charged to your Corporate Card Account). For more information about other services available through Global Assist® Hotline, call 1-800-554-AMEX.

**Business Travel Accident Insurance Plan[1] and American Express® Card Baggage Insurance Plan[2]:**
Cardmembership includes up to $350,000 Accidental Death and Dismemberment insurance every time you travel on business and charge your common carrier tickets (air, land, or sea) to your Corporate Card Account. Non-business travel is covered for up to $100,000. Baggage insurance pays in excess of the carrier's liability up to $500 for check baggage and $1,250 for carry-on.
**Corporate Express Cash Inquiries:** For all financial inquiries about Corporate Express Cash automated teller machine transactions, contact American Express, Express Cash Operations, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815 or call 1-800-CASH-NOW. To obtain the location of the nearest participating ATM, please dial toll free 1-800-CASH-NOW. Corporate Express Cash participants who have changed their bank account must contact 1-800-CASH-NOW to obtain proper updating forms. Do not use Corporate Express Cash until the bank account has been confirmed.
Note: Your Corporation, firm, or organization may have its own policy or customized program, which takes precedence over any provision stated above.
1 Business Travel Accident Insurance Plan is underwritten by Federal Insurance Company, a member of the Chubb Group of Insurance Companies, Warren, NJ and subject to the terms, conditions, and exclusions of Policy 6477-82-04.
2 American Express Card Baggage Insurance Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI and subject to the terms, conditions and exclusions of Policy AX0400.



Manage your card account online at www. americanexpress.com/ checkyourbill

To Pay by Phone
1-800-472-9297

Customer Service and Billing Inquiries
1-800-528-2122
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-528-2122

International Collect:
1-336-393-1111

Hearing Impaired Services:
TTY:  1-800-221-9950
FAX:  1-800-695-9090

Global Assist
1-800-554-AMEX
International Collect:
1-715-343-7977



Correspondence

Customer Service and Billing Inquiries
P.O. Box 297812
Ft. Lauderdale, FL 33329-7812

Express Cash
Operations
P.O. Box 297815
Ft. Lauderdale, FL 33329-7815

Payments
P.O. BOX 1270
NEWARK NJ 07101-1270

**Change of Address**
If correct on front
do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

DUPLICATE COPY

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN W GACHAGO<br>BRISTOL-MYERS SQUIBB | 3794-781209-61009 | 11/29/04 | Page 1 of 2 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance | Please Pay By Due $ 12/15/04 |
|---|---|---|---|---|---|---|
| 1,219.02 | 0.00 | 0.00 | 0.00 | 0.00 | 1,219.02 | For important information regarding your account refer to page 2. |

Your account is canceled.  Please contact us immediately.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Activity

| | Amount $ |
|---|---|
| **Total of New Activity** | |
| New Charges/Other Debits | 0.00 |
| Payments/Other Credits | 0.00 |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

## Payment Coupon

| | Account Number | Please Pay By 12/15/04 | Payable upon receipt in U.S. Dollars. |
|---|---|---|---|
| | 3794-781209-61009 | | |

JOHN  W  GACHAGO
BRISTOL-MYERS  SQUIBB
21  LINDEN  PARK  DR
RANDOLPH            MA    02368-4703

Please enter account number on all checks and correspondence.

**Total Amount Due**
**$1,219.02**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN  EXPRESS
P.O.  BOX  1270
NEWARK  NJ  07101-1270

☐

0000379478120961009 000121902000000000 29HH

**DUPLICATE COPY**

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 2 of 2

**Payments:** Your American Express® Corporate Card monthly statement is payable in full upon receipt. Mail the Payment Coupon portion of this form with your check drawn on a bank located in the U.S., or money order, payable in U.S. Dollars, in the enclosed envelope or mail to American Express, PO Box 360001 Fort Lauderdale, FL 33336-0001. Do not send cash. Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or location, there may be a delay in processing. Please include your account number on your payment. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number, and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect funds electronically at first presentment, we may issue a draft against your account for the amount of the check. If you currently send in an individual payment for business or personal expenses on the Corporate Card, please note that you are eligible to pay your bill online at **www.americanexpress.com/checkyourbill**.
AUTHORIZATION FOR ELECTRONIC PAYMENTS: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request.
**Billing Inquiries:** For all billing inquiries concerning your Corporate Card Account, please call 1-800-528-2122 immediately upon receipt of the statement. Please provide your name, account number, the dollar amount, and reason of the suspected error. You are not required to pay any disputed amount (or related finance or other charges) pending the resolution of the billing error inquiry. However, payment is still required for undisputed charges, which are billed to you. Requests for refunds of credit balances (designated "CR") should be made by calling us at 1-800-528-2122. Billing disputes can also be initiated online through Manage Your Card Account at **www.americanexpress.com/checkyourbill**.
**Lost or Stolen Card:** If the card is lost or stolen, in the U.S. immediately telephone 1-800-528-2122. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**In Case of Errors or Questions About Your Electronic Transfers for Your Personal Bank Account:** Please contact us by calling 1-800-554-AMEX for Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
**When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error during the time it takes us to complete our investigation.
**Global Assist® Hotline:** Corporate Cardmembers who travel can get emergency medical and legal referrals 24 hours a day, virtually anywhere in the world. Just call 1-800-554-AMEX in the U.S. or if you're overseas, call collect at 1-715-343-7977. We will supply you with names and telephone numbers of local healthcare providers, give you information about inoculation, visas, and U.S. consulates and even advance you up to $5,000 for hospital admission or bail. (Advances made will be charged to your Corporate Card Account). For more information about other services available through Global Assist® Hotline, call 1-800-554-AMEX.

**Business Travel Accident Insurance Plan[1] and American Express® Card Baggage Insurance Plan[2]:**
Cardmembership includes up to $350,000 Accidental Death and Dismemberment insurance every time you travel on business and charge your common carrier tickets (air, land, or sea) to your Corporate Card Account. Non-business travel is covered for up to $100,000. Baggage insurance pays in excess of the carrier's liability up to $500 for check baggage and $1,250 for carry-on.
**Corporate Express Cash Inquiries:** For all financial inquiries about Corporate Express Cash automated teller machine transactions, contact American Express, Express Cash Operations, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815 or call 1-800-CASH-NOW. To obtain the location of the nearest participating ATM, please dial toll free 1-800-CASH-NOW. Corporate Express Cash participants who have changed their bank account must contact 1-800-CASH-NOW to obtain proper updating forms. Do not use Corporate Express Cash until the bank account has been confirmed.
Note: Your Corporation, firm, or organization may have its own policy or customized program, which takes precedence over any provision stated above.
1 Business Travel Accident Insurance Plan is underwritten by Federal Insurance Company, a member of the Chubb Group of Insurance Companies, Warren, NJ and subject to the terms, conditions, and exclusions of Policy 6477-82-04.
2 American Express Card Baggage Insurance Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI and subject to the terms, conditions and exclusions of Policy AX0400.



Manage your card account online at www.americanexpress.com/checkyourbill



To Pay by Phone
1-800-472-9297

Customer Service and Billing Inquiries
1-800-528-2122
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-528-2122

International Collect:
1-336-393-1111

Hearing Impaired Services:
TTY: 1-800-221-9950
FAX: 1-800-695-9090

Global Assist
1-800-554-AMEX
International Collect:
1-715-343-7977



Correspondence

Customer Service and Billing Inquiries
P.O. Box 297812
Ft. Lauderdale, FL 33329-7812

Express Cash Operations
P.O. Box 297815
Ft. Lauderdale, FL 33329-7815

Payments
P.O. BOX 1270
NEWARK NJ 07101-1270



Change of Address
If correct on front
do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

Providing your email address to American Express will enable you to receive special offers, suited to your needs.

DUPLICATE COPY

## Corporate Card
## Statement of Account

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN W GACHAGO<br>BRISTOL-MYERS SQUIBB | 3794-781209-61009 | 12/30/04 | Page 1 of 2 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By |
|---|---|---|---|---|---|---|
| 1,219.02 | 0.00 | 0.00 | 0.00 | 0.00 | 1,219.02 | 01/15/05 |

For important information regarding your account refer to page 2.

Your account is canceled.  Please contact us immediately.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

## Activity

| | Amount $ |
|---|---|
| **Total of New Activity** | |
| New Charges/Other Debits | 0.00 |
| Payments/Other Credits | 0.00 |

↓ Please fold on the perforation below, detach and return with your payment ↓

## Payment Coupon

| Account Number | Please Pay By |
|---|---|
| 3794-781209-61009 | 01/15/05 |

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

JOHN W GACHAGO
BRISTOL-MYERS SQUIBB
21 LINDEN PARK DR
RANDOLPH        MA   02368-4703

**Total Amount Due**
**$1,219.02**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000379478120961009 000121902000000000 30HH

**DUPLICATE COPY**

Prepared For
JOHN W GACHAGO
BRISTOL-MYERS SQUIBB

Account Number
3794-781209-61009

Page 2 of 2

**Payments:** Your American Express® Corporate Card monthly statement is payable in full upon receipt. Mail the Payment Coupon portion of this form with your check drawn on a bank located in the U.S., or money order, payable in U.S. Dollars, in the enclosed envelope or mail to American Express, PO Box 360001 Fort Lauderdale, FL 33336-0001. Do not send cash. Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or location, there may be a delay in processing. Please include your account number on your payment. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number, and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. If you currently send in an individual payment for business or personal expenses on the Corporate Card, please note that you are eligible to pay your bill online at **www.americanexpress.com/checkyourbill**.
AUTHORIZATION FOR ELECTRONIC PAYMENTS: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request.
**Billing Inquiries:** For all billing inquiries concerning your Corporate Card Account, please call 1-800-528-2122 immediately upon receipt of the statement. Please provide your name, account number, the dollar amount, and reason of the suspected error. You are not required to pay any disputed amount (or related finance or other charges) pending the resolution of the billing error inquiry. However, payment is still required for undisputed charges, which are billed to you. Requests for refunds of credit balances (designated "CR") should be made by calling us at 1-800-528-2122. Billing disputes can also be initiated online through Manage Your Card Account at **www.americanexpress.com/checkyourbill**.
**Lost or Stolen Card:** If the card is lost or stolen, in the U.S. immediately telephone 1-800-528-2122. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**In Case of Errors or Questions About Your Electronic Transfers for Your Personal Bank Account:** Please contact us by calling 1-800-IPAY-AXP for Pay By Computer and Pay By Phone issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
**When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error during the time it takes us to complete our investigation.
**Global Assist® Hotline:** Corporate Cardmembers who travel can get emergency medical and legal referrals 24 hours a day, virtually anywhere in the world. Just call 1-800-554-AMEX in the U.S. or if you're overseas, call collect at 1-715-343-7977. We will supply you with names and telephone numbers of local healthcare providers, give you information about inoculation, visas, and U.S. consulates and even advance you up to $5,000 for hospital admission or bail. (Advances made will be charged to your Corporate Card Account.) For more information about other services available through Global Assist® Hotline, call 1-800-554-AMEX.

**Business Travel Accident Insurance Plan[1] and American Express® Card Baggage Insurance Plan[2]:** Cardmembership includes up to $350,000 Accidental Death and Dismemberment insurance every time you travel on business and charge your common carrier tickets (air, land, or sea) to your Corporate Card Account. Non-business travel is covered for up to $100,000. Baggage insurance pays in excess of the carrier's liability up to $500 for check baggage and $1,250 for carry-on.
**Corporate Express Cash Inquiries:** For all financial inquiries about Corporate Express Cash automated teller machine transactions, contact American Express, Express Cash Operations, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815 or call 1-800-CASH-NOW. To obtain the location of the nearest participating ATM, please dial toll free 1-800-CASH-NOW. Corporate Express Cash participants who have changed their bank account must contact 1-800-CASH-NOW to obtain proper updating forms. Do not use Corporate Express Cash until the bank account has been confirmed.
**Note:** Your Corporation, firm, or organization may have its own policy or customized program, which takes precedence over any provision stated above.
1 Business Travel Accident Insurance Plan is underwritten by Federal Insurance Company, a member of the Chubb Group of Insurance Companies, Warren, NJ and subject to the terms, conditions, and exclusions of Policy 6477-82-04.
2 American Express Card Baggage Insurance Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI and subject to the terms, conditions and exclusions of Policy AX0400.



Manage your card account online at www.americanexpress.com/checkyourbill



To Pay by Phone
1-800-472-9297

Customer Service and Billing Inquiries
1-800-528-2122
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-528-2122

International Collect:
1-336-393-1111

Hearing Impaired Services:
TTY:  1-800-221-9950
FAX:  1-800-695-9090

Global Assist
1-800-554-AMEX
International Collect:
1-715-343-7977



Correspondence

Customer Service and Billing Inquiries
P.O. Box 297812
Ft. Lauderdale, FL 33329-7812

Express Cash Operations
P.O. Box 297815
Ft. Lauderdale, FL 33329-7815

Payments
P.O. BOX 1270
NEWARK NJ 07101-1270

Change of Address
If correct on front
do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

Providing your email address to American Express will enable you to receive special offers, suited to your needs.