UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN GACHAGO,<br>  Plaintiff<br><br>v.<br><br>BRISTOL MYERS SQUIBB, and<br>AMERICAN EXPRESS,<br>  Defendants | CIVIL ACTION NO.<br><br>05-10141-RGS |

CERTIFICATE OF SERVICE

I, Paige Scott Reed, do hereby certify that I have served:

1.    DEFENDANT AMERICAN EXPRESS TRAVEL RELATED SERVICES
      COMPANY, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR
      PRELIMINARY INJUNCTION; and

2.    AFFIDAVIT OF MARK A. CAMPBELL

on all counsel of record by hand delivery in accordance with Fed. R. Civ. P. 5.

_____
Paige Scott Reed\

Date: May 18, 2005