UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN GACHAGO, <br>     Plaintiff <br><br> v. <br><br> BRISTOL MYERS SQUIBB, and <br> AMERICAN EXPRESS, <br>     Defendants | CIVIL ACTION NO. <br><br> 05-10141-RGS |

## PLAINTIFF'S MOTION TO AMEND PLEADINGS

The facts of the case and the issues expressly and implicitly raised remain the same. The Plaintiff through Counsel asks the Court to allow amended pleading to more clearly state a claim for which relief may be granted.

The Plaintiff, Mr. Gachago filed the original Complaint "pro se" and as justice so requires the Plaintiff requests leave of Court to amend pleadings so Plaintiff has equal advantage of Counsel.

Mr. John Gachago,
By his attorney,

_____
Doug Surprenant BBO # 651975
Law Office of Doug Surprenant
55 N. Franklin Street
Holbrook, MA 02343
(781) 767-9300
(781) 767-9303 (Fax)

By U.S. Mail

## NOTICE OF MOTION TO AMEND PLEADINGS

To: Eve Slattery

**Please take notice** that the undersigned will file a Motion to Amend Pleadings before the United States District Court for the District of Massachusetts on Wednesday May 25, 2005.

Dated: May 24, 2005

_____
Doug Surprenant BBO # 651975
Law Office of Doug Surprenant
55 N. Franklin Street
Holbrook, MA 02343
(781) 767-9300
(781) 767-9303 (Fax)

## CERTIFICATE OF SERVICE

**The undersigned hereby certifies** that a true copy of the Plaintiff's Motion to Amend Pleadings was this day served upon all parties to this action by U.S. Mail, prepaid first class to all Attorneys of record.

SIGNED under the pains and penalties of perjury,

Dated: May 24, 2005

_____
Doug Surprenant BBO # 651975
Law Office of Doug Surprenant
55 N. Franklin Street
Holbrook, MA 02343
(781) 767-9300
(781) 767-9303 (Fax)

By U.S. Mail

## NOTICE OF MOTION TO AMEND PLEADINGS

To: Paige Scott Reed

**Please take notice** that the undersigned will file a Motion to Amend Pleadings before the United States District Court for the District of Massachusetts on Wednesday May 25, 2005.

Dated: May 24, 2005

_____
Doug Surprenant BBO # 651975
Law Office of Doug Surprenant
55 N. Franklin Street
Holbrook, MA 02343
(781) 767-9300
(781) 767-9303 (Fax)

## CERTIFICATE OF SERVICE

**The undersigned hereby certifies** that a true copy of the Motion to Amend Pleadings was this day served upon all parties to this action by U.S. Mail, prepaid first class, to all Attorneys of record.

SIGNED under the pains and penalties of perjury,

Dated: May 24, 2005

_____
Doug Surprenant BBO # 651975
Law Office of Doug Surprenant
55 N. Franklin Street
Holbrook, MA 02343
(781) 767-9300
(781) 767-9303 (Fax)