# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN GACHAGO,<br>Plaintiff<br><br>v<br><br>BRISTOL MYERS SQUIBB, and<br>AMERICAN EXPRESS,<br>Defendants | )<br>)<br>)  CIVIL ACTION NO.<br>)<br>)  05-10141-RGS<br>)<br>)<br>)<br>) |

*Allowed. R.D. Stearns DJ 8-12-05.*

## MOTION FOR EXTENSION OF TIME

Plaintiff requests leave of the Court to extend the period until August 19, 2005 to file a motion in opposition to Defendant's Motion to Dismiss as allowed by F.R.Civ.P. 6(b)i.

Due to scheduling demands, Defendant requests the extension to provide ample time to properly prepare its Motion in Opposition.

Defendant has assented to this request for an extension of time and the parties have also agreed to delay Fact Discovery for a corresponding two week period until August 30, 2005.

Respectfully submitted,

JOHN GACHAGO
By his attorney,

_____
Doug Surprenant
Law Office of Doug Surprenant
55 N. Franklin Street
Holbrook, MA 02343
(781) 767-9300

Dated August 9, 2005