UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
JOHN GACHAGO,                        )
                                     )
       Plaintiff                     )
                                     )
vs.                                  )    CIVIL ACTION NO.
                                     )    05-10141-RGS
BRISTOL-MYERS SQUIBB, and            )
AMERICAN EXPRESS,                    )
                                     )
       Defendants                    )
_____)

### DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S MOTION FOR EXTENSION OF TIME

    Defendant Bristol-Myers Squibb Company ("BMS") respectfully moves pursuant to Fed. R. Civ. P. 6(b) to enlarge the time to file an opposition to Plaintiff's Motion for Summary Judgment on Count I – Breach of Contract to October 11, 2005. As grounds for this motion, Defendant states that due to competing scheduling demands, including a post hearing brief filed in another matter yesterday, undersigned counsel seeks an additional fourteen days to file an opposition. Plaintiff assents to this request for an extension of time.

    WHEREFORE, Defendant respectfully requests that its Motion for Extension of Time be allowed and that the date for filing an opposition to Plaintiff's summary judgment motion be extended to October 11, 2005.

                                        Respectfully submitted,
                                        BRISTOL-MYERS SQUIBB COMPANY
                                        By its attorney,


                                        /s/ Eve Slattery
                                        Eve Slattery (BBO #634776)
                                        Dwyer & Collora, LLP
                                        600 Atlantic Avenue
                                        Boston, MA 02210
                                        (617) 371-1000

Dated: September 21, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon attorney of record for the Plaintiff by first-class mail on September 21, 2005.

/s/ Eve Slattery
Eve Slattery