UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN GACHAGO

    V.                                      CIVIL ACTION NO. 05-10141-RGS

BRISTOL MYERS SQUIBB, ET AL

# NOTICE OF HEARING

STEARNS, DJ.                                                      OCTOBER 4, 2005

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

WEDNESDAY, DECEMBER 7, 2005 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNTIED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                                    RICHARD G. STEARNS  
                                                                    UNITED STATES DISTRICT JUDGE

                            BY:

                                                     /s/ Mary H. Johnson  
                                                       Deputy Clerk

*To be heard:    Deft's Motion to Dismiss Amended Complaint (#16).