UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN GACHAGO

    V.                                CIVIL ACTION NO. 05-10141-RGS

BRISTOL-MYERS SQUIBB

## J U D G M E N T

**STEARNS, DJ.**                                                                    **MARCH 2, 2006**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ENTERED ON DECEMBER 8, 2005,

IT IS HEREBY ORDERED: JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, BRISTOL-MYERS SQUIBB.

SO ORDERED.

                                                                               RICHARD G. STEARNS  
                                                                               UNITED STATES DISTRICT JUDGE

                                   **BY:**

                                                                     /s/ Mary H. Johnson  
                                                                       Deputy Clerk